Company Name:
Ahtna Technical Services

Contract Number:
HSCEOP-07-C-00019 (HSCEOP07C00019)

Order Number:
Not Applicable

Solicitation Number:
Not Available

Requisition/Reference Number:
FNY070013

Latest Modification Processed:
P00012

Period of Performance:
Through 12/26/2010

Services Provided:
Operation of the Varick Federal Detention Processing Facility at 201 Varick Street, New York, New York (NY) 100014.

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING | PAGE OF PAGES 1 \| 117 |
|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. HSCEOP-07-C-00019 | 3. EFFECTIVE DATE 09/24/2007 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. FNY070013 |
|---|---|---|

| 5. ISSUED BY CODE ICE/DM/DC-DC | 6. ADMINISTERED BY (if other than Item 5) CODE ICE/DM/DC-DC |
|---|---|
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>425 I Street NW, Suite 2208<br>Washington DC 20536 | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>425 I Street NW, Suite 2208<br>Washington DC 20536 |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., Street, City, Country, State and ZIP Code)<br><br>AHTNA TECHNICAL SERVICES INC<br>ATTN AL MARTINA<br>1400 W BENSON BLVD SUITE 210<br>ANCHORAGE AK 995033658 | 8. DELIVERY<br>☐ FOB ORIGIN    ☒ OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT<br>b2Low |
|---|---|
| | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN ▶ | ITEM 12 |

| CODE 0850091940000 | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR CODE | 12. PAYMENT WILL BE MADE BY CODE |
|---|---|
| U.S. Dept of Homeland Security<br>U.S. Immigration & Customs Enforcmt<br>Detention and Removal Operations<br>201 Varick Street<br>New York NY 10014 | U.S. DEPT. OF HOMELAND SECURITY<br>U.S. IMMIG. AND CUSTOMS ENFORCEMENT<br>OFFICE OF DETENTION AND REMOVAL<br>801 I STREET, N.W., SUITE 800<br>WASHINGTON DC 20536 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10 U.S.C. 2304 (c) (    )    ☒ 41 U.S.C. 253 (c) (  5  ) | See Schedule |

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | | $13,687,499.84 |

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 61-74 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-5 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 6-49 | X | J | LIST OF ATTACHMENTS | 75-117 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 50 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 51-52 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 53-56 | | L | INSTRS... CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 57-60 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ 2 ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise above and on any continuation sheets for the consideration stated herein. The rights obligations of the parties to this contract shall be subject to and governed by the documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____<br>including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any condition sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>CAROLYN CRAIG | 20A. NAME OF CONTRACTING OFFICER<br>Deborah Locke |
|---|---|
| 19B. NAME OF CONTRACTOR<br>BY _Carolyn Craig_ (Signature of person authorized to sign) | 19C. DATE SIGNED 9-19-07 | 20B. UNITED STATES OF AMERICA<br>BY _Deborah Locke_ (Signature of the Contracting Officer) | 20C. DATE SIGNED 9/24/07 |

NSN 7540-01-152-8069
PREVIOUS EDITION IS UNUSABLE

STANDARD FORM 26 (Rev. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Tax ID Number: 92-0173111 DUNS Number: 085009194 THE CONTRACTOR SHALL NOT ACCEPT INSTRUCTION THAT WOULD RESULT IN ANY CHANGE TO THE SUPPLIES/SERVICE HEREIN BY ANY PERSON OTHER THAN THE ISSUING OFFICE'S CONTRACTING OFFICER WHO IS: DEBORAH LOCKE     b2Low | | | | |
| | THE CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR) IS JOHN WASHINGTON, CHIEF OF THE DETENTION ACQUISITION SUPPORT UNIT, OFFICE OF DETENTION AND REMOVALS,     b2Low    AT THE ADDRESS IN BLOCK #12. | | | | |
| | This contract is awarded under the auspices of FAR 19.801-1(b)(2). The SBA district office for this contractor is: | | | | |
| | US Small Business Administration Achorage District Office 510 L Street, Suite 310 Anchorage, Alaska 99501-1952 ATTN: Janet I. Johnson, Business Specialist for 8(a) Business Development b2Low    telephone          fax | | | | |
| | Accounting Info:              b2Low | | | | |
| | FOB: Destination Period of Performance: 09/24/2007 to 12/26/2010 | | | | |
| 0001 | Phase-in period services in conformity with the transition timeline appearing at pages 130 and 131 of the Technical Response, as attached. The period of performance of CLIN 0001 is from September 24, 2007 through December 31, 2007. This CLIN is firm fixed price. Obligated Amount:     b4 | 99 | DA | b4 | b4 |
| | Delivery: 09/24/2007 Period of Performance: 09/24/2007 to 12/31/2007 | | | | |
| 0002 | Operation of Detention Processing Facility at 201 Varick Street, New York, NY 10014, SUBJECT TO NOTICE TO PROCEED based upon satisfactory completion of phase-in requirements. See Performance Work Statement for required performance thresholds. This CLIN shall be Continued ... | 56 | DA | b4 | |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | invoiced monthly. The period of performance of CLIN 0002 is from January 1, 2008 through February 26, 2008. This CLIN is firm fixed price. Obligated Amount: : b4 | | | | |
| | Delivery: 01/01/2008 Period of Performance: 01/01/2008 to 02/26/2008 | | | | |
| 0003 | Transportaton services for the movement of detainees as described in PWS. This CLIN is SUBJECT TO NOTICE TO PROCEED based upon satisfactory completion of phase-in requirements. This CLIN shall be invoiced on actual mileage and not estimated. Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 75% of the miles on this CLIN. The period of performance of CLIN 0003 is from January 1, 2008 through February 26, 2008. This CLIN is a fixed rate (JTR) reimbursed on actual usage. Obligated Amount: $ b4 | 84558 | DH | b4 | |
| | Delivery: 01/01/2008 Period of Performance: 01/01/2008 to 02/26/2008 | | | | |
| 1001 | Operation of Varick Street facility for Option Year One for the period February 27, 2008 through February 26, 2009. See Performance Work Statement for required performance threshholds. This CLIN shall be invoiced monthly. This CLIN is firm fixed price. | 12 | MO | b4 | 0.00 |
| | Amount: b4 (Option Line Item) 02/27/2008 | | | | |
| | Delivery: 02/27/2008 Period of Performance: 02/27/2008 to 02/26/2009 | | | | |
| 1002 | Transportaton services for the movement of detainees as described in PWS. This CLIN shall be invoiced on actual mileage and not estimated. Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 500,000 miles on this CLIN. The period of performance of CLIN 1002 is from February 27, 2008 through February 26, 2009. This is an option line item. This CLIN is a fixed rate (JTR) reimbursed on actual usage. Amount: : b4 Option Line Item) Continued ... | 555976 | DH | b4 | 0.00 |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 02/27/2008 | | | | |
| | Delivery: 02/27/2008 Period of Performance: 02/27/2008 to 02/27/2009 | | | | |
| 2001 | Operation of Varick Street facility for Option Year Two for the perod February 27, 2009 through February 26, 2010. See Performance Work Statement for required performance threshholds. This CLIN shall be invoiced monthly. This CLIN is firm fixed price. | 12 | MO | b4 | 0.00 |
| | Amount: ¦    b4    Option Line Item) 02/27/2009 | | | | |
| | Delivery: 02/27/2009 Period of Performance: 02/27/2009 to 02/26/2010 | | | | |
| 2002 | Transportaton services for the movement of detainees as described in PWS. This CLIN shall be invoiced on actual mileage and not estimated. Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 500,000 miles on this CLIN. The period of performance of CLIN 2002 is from February 27, 2009 through February 26, 2010. This is an option line item. This CLIN is a fixed rate (JTR) reimbursed on actual usage. Amount: $    b4    Option Line Item) 09/24/2008 | 606520 | DH | b4 | 0.00 |
| | Delivery: 02/27/2009 Period of Performance: 02/27/2009 to 02/27/2010 | | | | |
| 3001 | Operation of Detention Processing Facility at 201 Varick Street, New York, NY 10014. See Performance Work Statement for required performance threshholds. This CLIN shall be invoiced monthly. This CLIN is an option line item. Amount: ¦    b4    Option Line Item) 09/24/2009 | 10 | MO | b4 | 0.00 |
| | Delivery: 02/27/2010 Period of Performance: 02/27/2010 to 12/26/2010 | | | | |
| 3002 | Transportaton services for the movement of detainees as described in PWS. This CLIN shall be invoiced on actual mileage and not estimated. Continued ... | 606520 | DH | b4 | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 500,000 miles on this CLIN. The period of performance of CLIN 3002 is from February 27, 2010 through December 26, 2010. This is an option line item. This CLIN is a fixed rate (JTR) reimbursed on actual usage. Amount:  b4  (Option Line Item) 09/24/2009 | | | | |
| | Delivery: 09/24/2009 Period of Performance: 02/27/2010 to 12/26/2010 | | | | |
| | INVOICE INSTRUCTIONS: | | | | |
| | ***THE CONTRACTOR SHALL INVOICE ONLY ACTUAL MILEAGE IN PERFORMANCE OF THE CONTRACT. FOR EXAMPLE, AN INVOICE SUBMITTED FOR ONE MONTH SHALL REFLECT ONLY ACTUAL MILEAGE DURING THAT MONTH AND NOT MERELY 1/12 OF THE TOTAL ANNUAL QUANTITY FOR THAT CLIN OR SUBCLIN.*** | | | | |
| | Send one original invoice to the COTR at the address in block #12. The COTR must determine if goods/services have been received and accepted. | | | | |
| | Contractor shall not mail invoices directly to the Dallas Finance Center (DFC). Dallas Finance Center will not process any invoices without proper certification. | | | | |
| | Also a copy of the invoice shall be send to: U.S. Department of Homeland Security Immigration and Customs Enforcement Attn: Johanna Klema Office of Acquisition Management Suite 2208 425  I Street N.W. Washington, D.C. 20536 | | | | |
| | The total amount of award: $79,161,451.52. The obligation for this award is shown in box 15G. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

## SECTION C - Description/Specifications

## PERFORMANCE WORK STATEMENT

1  Definitions
ACA:  American Correctional Association.

ALDF:  Adult Local Detention Facilities.

ADMINISTRATIVE SEGREGATION:  A unit of housing for detainees whose continued presence in the general population poses a serious threat to life, property, self, staff, or other detainees.

ALIEN:  Any person who is not a citizen or national of the United States.

BOOKING:  It is a procedure for the admission of an ICE detainee, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data.  Booking also includes the inventory and storage of the individual's accompanying personal property.

CLASSIFICATION:  A process for determining the needs and requirements of aliens for whom detention has been ordered and for assigning them to housing units and programs according to their needs, security risk level and existing resources of the facility.

CONTRABAND:  Any item possessed by detainees or found within the confinement of the facility which is declared illegal by law or which is expressly prohibited by facility policies and procedures.

CONTRACTOR:  The entity, which provides the services, described in this Performance Work Statement.

CONTRACTING OFFICER:  An employee of the government responsible for the complete conduct and integrity of the contracting process, including administration after award.  The only individual authorized to issue changes to this contract.

CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR):  An employee of the government responsible for monitoring all technical aspects and assisting in administering the contract.

CONTROL ROOM:  Integrates all internal and external security communications networks within a secure room.  Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

DESIGNATED SERVICE OFFICIAL:  An employee of U. S. Immigration and Customs Enforcement designated in writing by ICE Officer-In-Charge (OIC) to represent ICE on matters pertaining to the operation of the facility.

DETAINEE:  Any person confined under the auspices and the authority of any Federal agency.

6

Many of those being detained may have substantial and varied criminal histories.

DETAINEE RECORDS: Information concerning the individual's personal, criminal and medical history, behavior, and activities while in custody, including, but not limited to:

> Detainee, Personal Property
> Receipts, Visitors List, Photographs
> Fingerprints, Disciplinary Infractions
> Actions Taken, Grievance Reports, Medical
> Records, Work Assignments, Program Participation
> Miscellaneous Correspondence, etc.

DIRECT SUPERVISION: A method of detainee management that ensures continuing direct contact between detainees and staff by posting an officer(s) inside each housing unit. Officers in general housing units are not separated from detainees by a physical barrier. Officers provide frequent, non-scheduled observation of and personal interaction with detainees.

ENVIRONMENTAL ANALYSIS AND EVALUATION (EAE): This document initiates the analysis and evaluation of environmental effects of proposed actions, and contemplates alternative proposals. This document is the basis for deciding whether or not an Environmental Assessment is required.

ENVIRONMENTAL ASSESSMENT (EA): Specific document summarizing the results of thorough analyses of environmental impacts caused by proposed actions. This document is the basis for deciding whether or not an Environmental Impact Statement is required.

ENVIRONMENTAL IMPACT STATEMENT (EIS): Comprehensive document provides full and fair discussion of significant environmental impacts caused by the proposed action(s). It also states the reasonable alternatives, which would avoid or minimize the adverse impact(s) or enhance the quality of the human environment.

EMERGENCY: Any significant disruption of normal facility procedure, policy or activity caused by riot, strike, escape, fire, medical exigency, natural disaster or other serious incident.

FACILITY: The physical plant and grounds in which The Contractor's services are operated.

FACILITY ADMINISTRATOR: The official, regardless of local title (e.g., jail administrator, Facility Director, superintendent) who has the ultimate responsibility for managing and operating the contract detention facility. The qualifications for the holder of this office shall be consistent with ACA standards.

FINDING OF NO SIGNIFICANT IMPACT (FONSI): Formal statement indicating that no significant effect upon the quality of the human environment will occur because of the proposed action(s).

GRIEVANCE: A written complaint filed by a detainee with the facility administrator

concerning personal health/welfare or the operations and services of the facility.

**IMMEDIATE RELATIVES**: Spouses, children (including stepchildren and adopted children) and their spouses, parents (including stepparents), brothers and sisters (including stepbrothers and sisters and half-brothers and sisters) and their spouses.

**LIFE SAFETY CODE**: A manual published by The National Fire Protection Association specifying minimum standards for fire safety necessary in the public interest.

**MEDICAL RECORDS**: Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse. The following information from these records shall be transferred to the detainee record: date and time of all medical examinations; and, copies of standing or direct medical orders from the physician to the facility staff.

**MEDICAL SCREENING**: A system of structured observation and/or initial health assessment to identify newly arrived detainees who could pose a health or safety threat to themselves or others.

**ON CALL/REMOTE CUSTODY OFFICER POST**: These posts shall be operated on demand by the COTR and shall include, is not limited to, escorting and custody of detainees for hearings, ICE interviews, and any other location requested by the COTR.

**QUALIFIED HEALTH PROFESSIONAL**: Physicians, dentists, and other professional and technical workers who by state law engage in activities that support, complement or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

**RESPONSIBLE PHYSICIAN**: A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the detainee population of the facility.

**RESTRAINT EQUIPMENT**: This includes but is not limited to: handcuffs, belly chains, leg irons, straight jackets, flexi cuffs, soft (leather) cuffs, and leg weights.

**SAFETY EQUIPMENT**: This includes but is not limited to fire fighting equipment, i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas marks, fans, first aid kits, stretchers and emergency alarms.

**SALLYPORT**: An enclosure situated either in the perimeter wall or fence to the facility or within the interior of the facility, containing gates or doors at both ends, only one of which opens at a time. This method of entry and exit ensures there shall be no breach in the perimeter or interior security of the facility.

**SECURITY DEVICES**: Locks, gates, doors, bars, fences, screens, hardened ceilings, floors, walls and barriers used to confine and control detainees. In addition, electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

SECURITY PERIMETER: The outer portions of a facility, which actually provide for secure confinement of detainees.

STANDING MEDICAL ORDERS: Written orders, by a physician, to medical personnel for the definitive treatment of identified minor, self-limiting conditions and for on-site treatment of emergency conditions.

TRAINING: An organized, planned, and evaluated activity designed to achieve specific learning objectives. Training may occur on site, at an academy of training center, at an institution of higher learning, through contract service, at professional meetings or through closely supervised on-the-job training. Meetings of professional associations are considered training when there is clear evidence of the above elements.

TRANSPORTATION COSTS: All materials, equipment and labor necessary to respond to requests by designated officials for secure movement of detainees from place to place necessary for processing, hearings, interviews, etc.

WEAPONS: This includes but is not limited to firearms, ammunition, knives, slappers, billy clubs, electronic defense modules, chemical weapons (MACE), and nightsticks.

2  Introduction

This Performance Work Statement (PWS) sets forth the contract performance requirements for the management and operation of a Government-owned/Contractor-operated detention facility for federal detainees. The population will be comprised of individuals charged with federal offenses and detained while awaiting trial or sentencing, a hearing on their immigration status, or deportation.

The Contractor shall furnish all personnel, management, equipment, supplies and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the Contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

An existing facility shall be provided to accommodate up to 250 detainees at a single site. In addition, the institution shall include a special housing unit (segregation) with a capacity of at least 10 percent of the facility rated capacity.

The facility shall be located within the geopolitical boundaries of New York, New York. The facility shall be located within a fifty (50) mile radius of Newark, New Jersey International Airport with appropriate proximity and access to emergency services (medical, fire protection, law enforcement, etc.).

The Contractor shall ensure that the facility operates in a manner consistent with the mission of the Department of Homeland Security, ICE Detention and Removal Operation (DRO). ICE Detention and Removal promotes safety and national security by ensuring the departure from the United States of all removable illegal residents through the fair and effective enforcement of the nation's immigration laws. While in custody, ICE must ensure that such individuals are housed

in safe, secure, and humane environment and their statutory and constitutional rights are safeguarded.

Within 99 days following contract award, the Contractor shall notify the Contracting Officer (CO) the facility is ready to begin accepting detainees. This may occur earlier at the request of the Contractor, but only if the CO, upon verification of DRO, determines the Contractor is capable of accepting detainees. This 99 day phase in period shall conform to the Phase in Timeline as shown at Attachment 7 to Section J of this Contract.

It is essential that the Contractor be fully prepared to accept responsibility for performing the requirements of the contract, thus ensuring the safety and security of the community. Therefore ICE may perform numerous assessments to ensure contract compliance prior to issuance of the Notice to Proceed (NTP).

If the CO determines the Contractor is capable of accepting detainees, the NTP will be issued. The Contractor shall be prepared to accept detainees immediately upon issuance of the NTP.

Unless otherwise specified, all plans, policies and procedures, including those identified in the ACA standards, shall be developed by the Contractor and submitted in writing to the CO for review and concurrence prior to issuance of the NTP. Once concurrence has been granted, these plans, policies and procedures shall not be modified without the prior written acknowledgment of the CO. The Contractor does not have a right of refusal and shall take all referrals from ICE. The contractor is prohibited from constructing any additional beds space or facilities at the contract location without the prior written approval of the CO.

3  General

All services and programs shall comply with the PWS; the U.S. Constitution; all applicable federal, state and local laws and regulations; applicable Presidential Executive Orders (E.O.); all applicable case law; and Court Orders. Should a conflict exist between any of the aforementioned standards, the most stringent standard shall apply. When a conflict exists and a conclusion cannot be made as to which standard is more stringent, the Contracting Officer (CO) shall determine the appropriate standard. The Contractor shall comply with, DHS, ICE regulation, Congressional mandate, Federal law or E.O. Should the Government invoke such changes, the Contractor retains rights and remedies (i.e., equitable adjustment) under the terms and conditions of the contract.

The Government reserves its rights to conduct announced and unannounced inspections of any part of the facility at any time and by any method to assess contract compliance.

Unless otherwise specified by the CO, the Contractor is required to perform in accordance with the most current Functional Areas (as outlined in the Performance Requirement Summary), ICE Detention Standards, and American Correctional Association (ACA) Performance-Based Standards for Adult Local Detention Facilities (ALDF).

If applicable, the Contractor shall obtain ACA accreditation within 24 months of NTP and shall maintain continual compliance with applicable ACA standards and supplements during the performance of the contract, unless otherwise specified by the CO. Once full accreditation has

been obtained, the Contractor shall maintain this accreditation throughout the life of the contract, inclusive of any option periods exercised.

Accomplishments of some ACA standards are augmented by DHS/ICE policy and/or procedure. In these instances, the PWS identifies and provides direction for the enhanced requirements. In cases where other standards conflict with DHS/ICE policy or standards, DHS/ICE policy and standards prevail. All policies referred to in this document can be referenced in the agency's on-line website.

This PWS contains numerous references, which direct the Contractor to notify, contact or provide the CO with information or data. Post-award, the CO may formally designate other Government individuals to assume those responsibilities.

The Contractor is responsible for a Quality Control Program (QCP), which ensures all requirements of this PWS are achieved. The specific requirements for the QCP are further detailed within this PWS.

All records related to contract performance should be retained in a retrievable format for three (3) years. Except as otherwise expressly provided in this PWS, the Contractor shall, upon completion or termination of the resulting contract, transmit to the Government any records related to performance of the contract.

The Contractor shall comply with all statutes, regulations and guidelines from the National Archives and Records Administration. Records and information management functions are required and mandated by the following regulations: 44 U.S.C., 21, 29, 31 and 33; 36 CFR 12; 41 CFR 201 subchapters A and B; OMB Circular A-130. Criminal penalties for unlawfully destroying, damaging or removing federal records are addressed in 18 USC 2071, 793, 794 and 7989.

The Contractor shall protect, defend, indemnify, save and hold harmless the United States Government and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of the Contractor, its agents, sub-contractors, employees, assignees or any one for whom the Contractor may be responsible. The Contractor shall also be liable for any and all costs, expenses and attorneys fees incurred as a result of any such claim, demand, cause of action, judgment or liability, including those costs, expenses and attorneys fees incurred by the United States Government and its employees or agents. The Contractor's liability shall not be limited by any provision or limits of insurance set forth in the resulting contract.

In awarding the contract, the Government does not assume any liability to third parties, nor will the Government reimburse the Contractor for its liabilities to third parties, with respect to loss due to death, bodily injury, or damage to property resulting in any way from the performance of the contract or any subcontract under this contract.

The Contractor shall be responsible for all litigation, including the cost of litigation, brought against it, its employees or agents for alleged acts or omissions. The CO shall be notified in

writing of all litigation pertaining to this contract and provided copies of any pleadings filed or said litigation within five working days of the filing. The Contractor shall cooperate with Government legal staff regarding any requests pertaining to federal or Contractor litigation.

Policy and procedures shall be developed which ensure a positive relationship is maintained with all levels of the federal judiciary. The Contractor's procedures shall ensure a tracking system is established which mandates that all judicial inquiries and program recommendations are responded to in a timely and accurate manner. All judicial inquiries and Contractor responses, specifically related to a detainee, shall be made part of the detainee's file.

The Contractor shall notify the CO when a member of the United States Congress requests information or makes a request to visit the facility. The Contractor shall coordinate all public information related issues with the CO. All press statements and releases shall be cleared, in advance, with the CO. The Contractor shall promptly make public announcements stating the facts of unusual newsworthy incidents to local media. Examples of such events include, but are not limited to: deaths, escapes from custody, and facility emergencies.

The Contractor shall ensure employees agree to use appropriate disclaimers clearly stating the employees' opinions do not necessarily reflect the position of the United States Government in any public presentations they make or articles they write that relate to any aspect of contract performance or the facility operations.

3.1  Contractor's Failure to Perform Required Services

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth herein. Specifically, the Government reserves its rights under the Inspection of Services and Termination clauses. Any reductions in the Contractor's invoice shall reflect the contract's reduced value resulting from the Contractor's failure to perform required services. The Contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

3.2  Inspection by Regulatory Agencies

Work described in the contract, is subject to inspection by other Government agencies. The Contractor shall participate in responding to all requests for information and inspection or review findings by regulatory agencies.

3.3  Performance Evaluation Meetings

The Contractor's representatives shall meet with the COTR(s) and the CO on a regular basis as determined necessary by the Government. These meetings will provide a management level review and assessment of Contractor performance, a discussion and resolution of problems, and, if applicable, a draft of the Contractor's proposed invoice. A mutual effort will be made to resolve all problems identified. The Contractor's representative shall sign written minutes of

these meetings and the Government's representative. Within five calendar days of Receipt of the signed minutes, the Contractor shall respond, in writing, to the CO, concerning any areas of disagreement.

## 4  Quality Control and Assurance
### 4.1  Quality Control

The Contractor is responsible for management and quality control actions necessary to meet the quality standards set forth in the contract. In compliance with the Federal Acquisition Regulation (FAR) Clause 52.246-4, Inspection of Services-Fixed, the Contractor must provide a quality control plan (QCP) to the CO for concurrence not later than the post award conference (or as directed by the CO). The CO will notify the Contractor of concurrence or required modifications to the plan before the contract start date. The Contractor must make appropriate modifications and obtain concurrence of the plan by the CO before the contract start date. A NTP will be issued upon CO concurrence of the QCP.

The plan must include:

- A description of the inspection system to cover all services listed on the Performance Requirements Summary (PRS). The description must include specifics as to the areas to be inspected on a scheduled and unscheduled basis, frequency of inspections, and the title and organizational placement of the inspectors.

- A description of the methods to be used for identifying and preventing defects in the quality of service performed.

- A description of the records to be kept to document inspections and corrective or preventive actions taken.

The records of inspections must be kept and made available to the CO, when requested, through the contract performance period and for the period after contract completion until final settlement of any claims under this contract.

### 4.2  Quality Assurance (QA)

The Government quality assurance is comprised of the various functions, including inspection, performed by the Government to determine whether a Contractor has fulfilled its contract obligations pertaining to quality. The Government's QA program is not a substitute for quality control by the Contractor.

Each phase of the services rendered under this contract is subject to Government inspection both during the Contractor's operations and after completion of the tasks. When the Contractor is advised of any unsatisfactory condition(s), the Contractor shall submit a written report to the CO addressing corrective/preventive actions taken. The Contracting Officer's Technical Representative (COTR) may check the Contractor's performance and document any non-compliance, but only the CO may take formal action against the Contractor for unsatisfactory performance. There may be several COTRs designated for this contract. The COTRs will be

designated subsequent to contract award and a delegation of COTR duties and authority will be furnished to the Contractor. The Government may reduce the Contractor's invoice or otherwise withhold payment for any individual item of nonconforming service observed as specified in Contractor's Failure to Perform Required Services. The Government may apply various inspection and extrapolation techniques to determine the quality of service and the total payment due.

## 5 Administration and Management

### 5.1 Manage Information System for Collecting, Retrieving, Storing, and Reporting Detention

All detainee files are to be prepared, maintained, retired, and disposed of in accordance with ICE policy. Policy and procedures shall be developed to ensure the confidentiality and security of all detainee files.

### 5.2 Manage Receiving and Discharge of Detainees

The Contractor shall comply with ICE policy on Admission and Release when entering detainee admission and release data.

ICE detainees shall be fingerprinted and photographed in accordance with ICE policy on Admissions Documentation. The intake process shall include, at a minimum, a medical and social screening prior to detainee release into the general population. A psychological screening shall be conducted and provided by USPHS within 24 hours of arrival at the facility.

The Contractor shall provide a detainee classification system that ensures detainees are classified appropriately using objective criteria, and kept physically separate from detainees in other categories. Detainees will be classified upon arrival, before being admitted to the general population.

### 5.3 Manage and Account for Detainee Assets (funds, property)

The Contractor shall have a written standard procedure for inventory and receipt of detainee funds and valuables that adheres to the requirements of ICE policy. Written procedures shall be established for returning funds, valuables, and personal property to a detainee being transferred or released that adheres to the requirements of ICE policy. The Contractor shall ensure that all detainees who are scheduled for either transfer or release are given all funds (in cash) immediately prior to leaving the facility. Confiscated foreign currency funds are to be returned to the detainee.

## 6 Security/Control/Detainee Accountability
### 6.1 Reserved

### 6.2 Securely Operate the Facility

Policy and procedures for the maintenance and security of keys and locking mechanisms shall be developed. The procedures shall include, but are not limited to: method of inspection to expose

compromised locks or locking mechanisms; method of replacement for all damaged keys and/or locks; a preventive maintenance schedule for servicing locks and locking mechanisms and method of logging all work performed on locks and locking mechanisms; policy for restricting security keys from 24 hour issue or removal from the institution; and method of issuing emergency keys.

Staff responsible for lock maintenance shall receive training and be certified from a Government approved training program specializing in the operation of locks and locking mechanisms.

Policy and procedures shall require that security risk and those classified controlled tools and equipment most likely to be used in as escape or as a weapon is issued to detainees only under direct staff supervision.

A contraband control program shall be established in accordance with ICE policy and the ACA standards on the control of contraband.

6.3   Establish and Maintain a Program for the Prevention of Sexual Abuse/Assault

The contractor shall develop and implement a comprehensive sexual abuse/assault prevention and intervention program, which is consistent with ICE sexual awareness policy. This program shall include training that is given separately to both staff and detainee alike.

6.4   Enforce the Detainee Disciplinary Policy

The Contractor shall comply with ICE Disciplinary policy. Facility authorities will take disciplinary action against any detainee that is not in compliance with the rules and procedures of the facility.

6.5   Maintain Detainee Accountability

A total of four counts will be conducted every 24 hours with at least one per shift. All counts shall be documented in separate logs maintained in the applicable locations where detainees are housed, control center and shift supervisor's office and shall be maintained for a minimum of 90 days. Count records must be available for review and secure from the detainee population.

6.6   Collect and Disseminate Intelligence Information

Policy and procedures for collecting, analyzing and disseminating intelligence information regarding issues affecting safety, security and the orderly running of the facility shall be developed. This information should include, but not be limited to: gang affiliations; domestic terrorist groups; tracking of detainees having advanced skills in areas of concern (locksmiths, gunsmiths, explosives, and computers, etc.) narcotics trafficking; mail and correspondences; detainee financial information; detainee telephone calls; visiting room activity; and actions of high profile detainees. The Contractor shall share all intelligence information with the Government.

6.7  Provide Security Inspection System

The Contractor will develop and maintain a security inspection system with the aim of controlling the introduction of contraband into the facility, ensure facility safety, security and good order, prevent escapes, maintain sanitary standards, and eliminate fire and safety hazards. The Contractor's inspections program will meet the requirements of the ICE policy for Security Inspections.

The Contractor shall report all criminal activity related to the performance of this contract to the appropriate law enforcement investigative agency.

The Government may investigate any incident pertaining to performance of this contract. The Contractor shall cooperate with the Government on all such investigations. The Contractor shall immediately report all serious incidents or criminal activity to the COTR. Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work place violence, civil disturbances/protests); staff uses of force; assaults on staff/detainees resulting in injuries that require medical attention (does not include routine medical evaluation after the incident); fires; full or partial lock-down of the facility; escape; weapons discharge; suicide attempts; deaths; hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather; fence damage; power outages; bomb threats; significant environmental problems that impact the facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults.

6.8  Maintain Institutional Emergency Readiness

The Contractor shall submit an institutional emergency plan that will be operational prior to issuance of the NTP. The plan shall receive the concurrence of the CO prior to implementation and shall not be modified without the further written concurrence of the CO.

The Contractor shall have written agreements with appropriate state and local authorities that will allow the Contractor to make requests for assistance in the event of any emergency incident that would adversely affect the community.

Likewise, the Contractor shall have in place, an internal corporate nation-wide staff contingency plan consisting of employees who possess the same expertise and skills required of staff working directly on this contract. At the discretion of ICE, these employees would be required to respond to an institutional emergency at the contracted facility if deemed necessary.

The emergency plans shall include provisions for two or more disturbance control teams. Protective clothing and equipment for each team member and 30 percent of all additional facility staff members shall be provided by the Contractor, and maintained in a secure location outside the secure perimeter of the facility.

Any decision by ICE or other federal agencies to provide and/or direct emergency assistance will be at the discretion of the Government. The Contractor shall reimburse the Government for any and all expenses incurred in providing such assistance.

The CO shall be notified immediately in the event of an escape. Attempts to apprehend the escapee(s) shall be in accordance with the Emergency Plan, which should comply with ICE policy regarding Emergency Plans.

The Contractor shall submit to the CO a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents, electronics/stun technology, etc.) intended for use during performance of this contract. The CO, prior to issuance of the NTP, shall give concurrence to/concurred with the intervention equipment. The approved intervention equipment inventory shall not be modified without prior written concurrence of the CO.

The Contractor shall obtain the appropriate authority from state or local law enforcement agencies to use force as necessary to maintain the security of the institution. The use of force by the Contractor shall at all times be consistent with all applicable policies of ICE policy on Use of Force.

The Contractor shall have written plans, agreements, personnel, vehicles, etc to be able to completely evacuate all detainees in a safe and secure manner in the event of a National Emergency within 24 hours of being notified.

6.9. Manage Computer Equipment and Services in Accordance with all Operational Security Requirements

The Contractor must comply with all federal security and privacy laws and regulations established to protect federal systems and data. The Contractor will inform all personnel of the confidential nature of detainee information.

The Contractor will restrict access of data information pertaining to detainees to authorized employees with the appropriate clearance who require this information in the course of their official duties.

In accordance with the Freedom of Information/Privacy Act (FOIA/PA), the Contractor may not disclose information obtained pertaining to detainees to a third party without written permission from the COTR. The Contractor is required to develop a procedural system to identify and record unauthorized access, or attempts to access detainee information. The Contractor will notify the ICE point of contact within four (4) hours of a security incident.

7 Workforce Integrity
7.1 Manage Facility Staff

The Contractor shall develop written standards of conduct. These standards shall be maintained as part of the Contractor's Personnel Policy Manual. Employees, sub-contractors and volunteers are expected to adhere to standards of employee conduct and integrity while on and off duty. The Contractor shall follow procedures on the reporting and investigating standards of conduct violations.

7.2 Manage and Administer Staff Resources

Written policy, procedure and practice shall provide that all staff, to include volunteers, receive standard of conduct training prior to EOD and on an annual basis as part of the institution's in-service training plan.

Pre-service and in-service training shall be augmented with specialized training for appropriate staff (e.g., case managers, counselors, psychology services staff, chaplainry staff, correctional officers, investigator officials, health/mental health care providers, etc.).

The Contractor shall provide disturbance control training to appropriate staff. Certified disturbance control instructors shall be used to conduct emergency training at the facility. Certification must be from a Government-approved federal, state, or county training academy or program. The use and carrying of weapons for training shall meet all federal, state, and local laws and regulations.

7.3    Manage Personnel Requirements

It is essential all Contractor personnel (employed, unpaid or subcontracted) meet the highest standards of professionalism and personal integrity.

The Contractor shall develop written standards of conduct, to include those standards outlined in **Attachment 1**. These standards shall be maintained as a part of the Contractor's Personnel Policy Manual. Employees, sub-contractors and volunteers are expected to adhere to standards of employee conduct and integrity while on and off duty. The Contractor shall follow procedures in **Attachment 1** in the reporting and investigating standards of conduct violation(s). Prior to employees entering on duty (EOD) at the facility, the Contractor shall ensure the following steps are completed for each applicant as noted below:

1. A pre-employment interview
2. Law enforcement agency checks covering the past five years
3. Employment vouchering for the last five years
4. Employment Eligibility Verification (ICE Form I-9)
5. Credit check (Described in the Fair Credit Reporting Act)
6. FBI Name and Fingerprint forms completed
7. National Crime Information Centre (NCIC) check
8. National Law Enforcement Telecommunication System (NLETS) check
9. Conditional Offer of Employment
10. Urinalysis
11. Questionnaire for Public Trust Positions, SF-85P or approved equivalent, all applicants receiving conditional offer. (**Free Electronic Version of SF-85P and 85P-S available at http://fillform.gsa.gov**)
12. Supplemental Questionnaire for Selected Positions (OPM Form 85P-S or approved equivalent
13. Notify CO of scheduled EOD and Limited Background Investigation (LBI) initiation

Contractor responsibilities subsequent to EOD:

14. Notification to CO of actual EOD within 24 hours

15. Receipt and review of LBI report
16. Notification to CO of decision regarding employment

The Contractor shall utilize the Pre-employment Interview Questionnaire and Guidelines of Acceptability (Guidelines) for job applicants as noted in Step 1 above (available to the Contractor after award). There may be occasions where a job applicant's past behavior is defined as unacceptable by the Guidelines, but the Contractor still desires to select the applicant. In this case, the Contractor shall request the Guidelines be waived. This waiver request shall be submitted to the CO in writing and include: 1) the details and circumstances surrounding the applicant's behavior which is outside the Guidelines; 2) the reason(s) why the applicant should receive further consideration; and, 3) the availability of other suitable applicants.

The Contractor shall fingerprint all applicants using ICE supplied forms. Completed fingerprint forms and the SF 85P and SF 85P-S with original signatures and dates must be submitted to the CO for each applicant offered conditional employment. ICE will initiate the National Agency Check, which includes the FBI name and fingerprint check. ICE will ordinarily advise the Facility Director or designee of the results of name and fingerprint checks within 90 working days of submission to the FBI. The Contractor shall complete Steps 1 - 6 on each prospective employee prior to submitting information required by Steps 7 and 8 to the CO for completion.

The Facility Director or designee of the facility shall be the Contractor's liaison for the processing of data required for ICE to conduct NCIC/NLETS, name and fingerprint checks. The information listed below shall be provided for each on-site applicant, to include sub-contractor personnel and volunteers: full name (with aliases, maiden name if applicable, or other names used); date of birth; gender; place of birth; social security number and race. Included with this information, the Facility Director or designee shall certify Steps 1 - 6 above have been accomplished with satisfactory results for each applicant.

ICE may require additional information to process NCIC/NLETS and name checks. Therefore, the Contractor's employment application document shall contain information regarding: applicant height, weight; eye and hair color, markings, scars, tattoos, citizenship, driver's license number and State of issue, and current address.

The Contractor shall keep ICE apprised of the volume of applicants. ICE will ordinarily advise the Facility Director or designee of the results of applicant NCIC/NLETS checks within seven working days following receipt of accurate NCIC/NLETS data from the Contractor.

Based upon the Facility Director's certification and the results of the NCIC/NLETS, ICE will grant conditional approval for the applicant to work under the terms of this contract. Upon receipt of this approval, the Contractor may grant the applicant a conditional offer of employment. The Contractor shall provide the CO with advance written notification of all employees' scheduled EOD and shall notify the CO in the event of any subsequent changes.

All applicants who are offered conditional employment by the Contractor shall be subject to urinalysis testing. If the test is positive, the applicant is prohibited from working with Federal

detainees. All applicants who have been offered conditional employment by the Contractor must complete the SF 85P Questionnaire for Public Trust Positions or approved equivalent. Additionally, those employees who will be authorized to carry weapons in the course of their employment under this contract must complete the SF 85P-S Supplemental Questionnaire for Selected Positions or approved equivalent. The information contained on the Contractor-developed form will become part of the background investigation for these selected positions.

The Contractor shall ensure a LBI check, as prescribed in the Scope and Coverage of a Limited Background Investigation **Attachment 2** is requested and all appropriate information received, by the Contractor-designated entity responsible for completing the LBI, prior to an employee's EOD.

Within one year of each on-site employee's EOD, the Contractor shall obtain, review, identify and resolve derogatory information contained on the LBI results using the Adjudication Standards for Resolving Limited Background Investigations and Periodic Reinvestigations, outlined in **Attachment 2**, of the contract. The Contractor shall make a determination regarding the employee's suitability for employment under this contract. Investigations with little or no derogatory information will be reviewed and forwarded to the CO within 90 days of the investigation completion date. Investigations requiring resolution of derogatory information will be forwarded within 180 days of the investigation completion date. Extended adjudication time frames may be requested from the CO on a case-by-case basis.
The Contractor's determination regarding the retention of an employee shall be in writing and forwarded by the Facility Director to the CO with copies of the information obtained in Steps 1 - 5, 12 and 15. There may be occasions where derogatory information contained in the employee's LBI is defined as unacceptable by the Adjudication Standards, but the Contractor still desires to retain the employee. In these cases, the Contractor shall submit a written request for waiver of the Acceptability Standards to the CO, which includes the details and circumstances surrounding the employee's behavior, and the reason(s) why the employee should be retained.

ICE will be the final approval authority for all Contractor staff that work with Federal detainees under the terms of this contract. No individual who is under supervision or jurisdiction of any parole, probation or correctional authority shall be employed. Persons with previous misdemeanor criminal convictions or a felony conviction, who are not under supervision, may be considered for employment; however, ICE shall approve all such cases. ICE shall give consideration to such factors as criminal history; time elapsed since conviction(s) and subsequent adjustment in the community.

The Contractor shall ensure all employees are reinvestigated periodically, as prescribed in the Scope and Coverage of a Periodic Reinvestigation in Attachment 3, of the contract. Employees will be required to complete required investigative forms and fingerprint cards for submission to ICE. ICE will initiate the National Agency Check, which includes the name and fingerprint checks. Upon receipt, review, and resolution of any derogatory information contained in the reinvestigation report, the Facility Director shall forward to the CO a written determination regarding the employee's continued employment under this contract. A copy of the reinvestigation report shall be attached to the Facility Director's written request.

### 7.4 Employment Agreements

In the absence of a collective bargaining agreement, the Contractor shall enter into a written employment agreement with each employee assigned to work at the facility. This agreement shall provide that, in recognition of the public safety requirements for uninterrupted services at the facility and in return for adequate consideration, including an employee grievance procedure, the employee agrees not to strike or otherwise interrupt normal operations at the facility without giving 10 days advance written notice. The Contractor shall ensure that a contingency plan covering work actions or strikes is included as a part of its Personnel Policy Manual.

In the event the Contractor negotiates collective bargaining agreements applicable to the work force under the contract, the Contractor shall use its best efforts to ensure such agreements contain provisions designed to assure continuity of services. All such agreements entered into during the contract period of performance should provide that grievances and disputes involving the interpretation or application of the agreement will be settled without resorting to strike, lockout, or other interruption of normal operations.

For this purpose, each collective bargaining agreement should provide an effective grievance procedure with arbitration as its final step, unless the parties mutually agree upon some other method of assuring continuity of operations. As part of such agreements, management and labor should agree to cooperate fully with the Federal Mediation and Conciliation Service. The Contractor shall include the substance of this clause (paragraph, provision, etc.) in any subcontracts for protective services.

### 7.5 Personnel Files

All personnel files shall be available to the CO upon request. Personnel files, including background checks, shall be maintained for the duration of the contract. The Contractor shall maintain verification of training and experience, which shall include credentials for all professional staff. All credentials shall be kept current and maintained for the duration of the individual's performance under the contract. Personnel requirements of the Contractor shall convey to all on-site sub-contractor personnel and volunteers.

### 7.6 Key Personnel

The Facility Director is designated as a Key Personnel under this contract. The resume of the proposed Facility Director shall be submitted as a part of the Offeror's proposal and will be evaluated.

The minimum qualifications of the Facility Director are a college degree and significant knowledge of and experience in executing program objectives, policies, procedures and requirements for managing a secure detention facility, at the level of upper-management.

A change in the person holding the Facility Director position requires a thirty calendar-day notice to the government and the government's approval of the replacement.

## 7.7 Essential Personnel

The following are essential personnel with respective minimum qualification requirements considered as critical for performance of the contract. The contractor may use other titles. Contractors who propose not to provide these positions must explain how required services will be provided. Within fifteen days of contract award, the contractor shall submit a written request to the CO for conditional employment approval of the Project Coordinator and Assistant Facility Directors(s). The fifteen-day period for the Assistant Facility Directors positions may be extended, if requested in writing by the Contractor and approved by the CO.

- Project Coordinator - Knowledge and experience within the last five years in planning and executing similar contract requirements as contained within this PWS.

- Assistant Facility Directors - Knowledge of program objectives, policies, procedures and requirements for managing a detention facility, at the level of mid-management.

The essential personnel listed below are commonly referred to as department heads with the following qualification requirements considered critical for the performance of this contract: knowledge of program objectives, policies, procedures and requirements specific to their department. A minimum of five years experience specific to their department is required.

- Chief, Security Services
- Computer Services Manager
- Shift Supervisors
- Food Service Administrator
- Records Office Manager
- Quality Control Specialist
- Safety/Environmental Specialist

## 7.8 Staffing Plan

The number, type and distribution of staff as described in the staffing plan shall be maintained throughout the term of the contract. Written requests to change the number, type and/or distribution of staff described in the staffing plan must be submitted to the CO, through the COTR, for approval prior to implementation. Staffing levels shall not fall below a monthly average of 95% of the ICE-approved staffing plan. However, notwithstanding the requirement of maintaining monthly minimum staffing levels of 95%, each month, the contractor shall submit to the COTR the current average monthly vacancy rate, and indicate any individual positions that have been vacant more than 120 days. Failure to fill any individual position within 120 days of the vacancy may result in a deduction from the monthly invoice. ICE may calculate the deduction retroactive to day one of the vacancy, excluding the days for ICE's conditional approval process, starting on the day of receipt and concluding on the day conditional approval is granted.

## 8 Health Services
8.1 Public Health Service staff designated by ICE will provide all health services

**Health Authority -** A USPHS designated official responsible for health care services at the facility.

**Health Care -** The sum of all action taken, preventive and therapeutic, to provide for the physical and mental medical well being of the detainee population.

**NCCHC-** National Commission on Correctional Health Care

**USPHS-** United States Public Health Services, Division of Immigration Health Services, Immigration and Customs Enforcement.

**American Corrections Association (ACA) Accreditation:** USPHS shall be responsible for compliance with all ACA direct health care delivery standards and shall cooperate with the contractor in the accreditation process.

**Preliminary Medical Assistance and Health Care Training:** The contractor shall coordinate with USPHS to ensure that all employees have current certification in emergency first aid care and that all employees receive pre-service and annual training in the following areas:

   a. The ability to respond to health related situations within four minutes;
   b. Recognition of signs and symptoms, and knowledge of action required in potential emergency situations
   c. Administration of first aid and cardiopulmonary resuscitation (CPR);
   d. Methods of obtaining assistance;
   e. Recognition of signs and symptoms of mental illness; retardation, emotional disturbance and chemical dependency and;
   f. Procedures for patient transfers to appropriate medical facilities or health care providers;
   g. Administration of medication by non-medical personnel and;
   h. Use of universal precautions.

The contractor shall comply with the following requirements:

   A. The USPHS will be responsible for providing all health care services. The contractor shall provide all necessary support to facilitate the delivery of health care services by USPHS. The contractor shall maintain open communication with USPHS to include regularly scheduled (no less than quarterly) meetings between the facility Chief Executive Officer and the Health Authority, participation by the Health Authority, or designees, in all general department head/supervisory meeting, and coordination and cooperation between USPHS and other departments with in the facility. USPHS shall perform in accordance with the standards of, and maintain accreditation by, NCCHC. The contractor shall be responsible for compliance with all NCCHC conditions of confinement standards and shall cooperate with USPHS in the accreditation process.

   B. The contractor shall provide space to operate the health unit including respiratory isolation, mental health unit, and impatient infirmary area. The contractor shall be responsible for maintenance and sanitation of the health unit physical plant and the provision of support services including, but not limited to, utilities, communication

capabilities (computer and telephone lines/services), climate control, and lighting. The contractor shall facilitate the installation of teleradiology equipment including the necessary data and telephone lines, by a vendor identified by USPHS. The cost for teleradiology installation will be the responsibility of USPHS. Current configuration of the facility is satisfactory to meet this requirement.

C. The contractor shall provide direct security supervision of detainees in the health unit no less than 24 hours per day, 7 days per week. The contractor shall provide the necessary staff to maintain security and control of the health unit. The contractor shall provide additional security assistance and emergency response as requested by USPHS. The contractor shall coordinate and escort detainees to the health unit for sick call, appointments, in accordance with sound health care practice and in a manner which optimizes the safe, secure and efficient delivery of health care services and the operation of the health unit. The health unit shall be considered a secure area. The contractor shall limit access to the health unit to USPHS authorized staff, contractor staff on official business, and assigned detainees.

D. The contractor shall develop and implement a comprehensive plan and procedures to safeguard employees against exposure to blood borne pathogens as prescribed by OSHA. Contractor employees working in the area with detainees with communicable diseases must comply at all times with the requirements of 29 CFR 1910.134. The Contractor shall furnish all necessary equipment and employee testing to comply with these requirements.

E. In coordination with USPHS, the contractor shall develop and implement written policy and procedures that define emergency health care evacuation of detainee(s) from within the facility.

F. As directed by the COTR, the contractor shall provide transportation, supervision, and security services for detainees assigned to outside health care treatment and 24-hour per day security coverage for detainees assigned to off-premise hospitalization.

G. Circumstances requiring the use of force and suicide observation within the scope of health care delivery shall be the responsibility of the contractor. The contractor shall assist USPHS in examination of detainees who have been subjected to a use of force. The contractor shall work with USPHS in a team approach to mange detainee behavioral conduct issues. The USPHS will evaluate instances of detainee misconduct to determine if individual detainees behavioral problems are due to mental illness or other reasons. The USPHS shall be the sole approval authority for housing assignments to the health unit.

H. USPHS will provide, control, and administer prescribed and over-the-counter medication to the facility population.

I. The contractor shall support and facilitate the USPHS in completion of health screening within 24 hours of a detainees arrival at the facility. The contractor shall provide advanced notice of detainee arrival whenever possible. At no time shall the contractor allow detainees who have not received health screenings to be placed in the general population.

J. During intake processing the USPHS shall provide detainees with written instructions for gaining access to health care services. The USPHS shall ensure written (oral if detainees is identified as being unable to read) instructions are provided to all detainees in the detainee's native language. The detainee shall similarly be provided with instructions and assistance in personal hygiene, dental hygiene, grooming and health care.

K. The Contractor shall immediately notify the COTR and USPHS if a detainee is suspected of having communicable or debilitation health problems, which may require medical attention.

L. The contractor shall provide detainees with the opportunity to submit written health care request requests and/or complaints to USPHS in a confidential manner and ensure such health care communication is delivered to the health unit for appropriate follow-up.

M. The contractor shall ensure that detainees are provided access to sick call on a daily basis or as determined necessary by USPHS. If a detainee's custody status precludes attendance at sick call in the main health unit, the contractor will provide for sick call services where the detainee is located.

N. The contractor shall be responsible for the placement of first aid kits in facility locations identified by USPHS. USPHS shall be responsible for supply maintenance of all required fist aid kits.

O. The contractor shall develop a comprehensive evacuation plan for the facility, which will include arrangements for the evacuation of disabled detainees and separate transportation of detainees who are in respiratory isolation.

P. The contractor shall provide written and verbal notice to USPHS of intra-facility detainee transfers and will inform USPHS of removal of detainees from the facility. The contractor will facilitate USPHS in assuring that medications are provided to detainees at the time of removal from the facility.

8.2 Manage a detainee death in accordance with ICE policy established regarding terminal illness, advance Directives, and Death.

In the event of a detainee death, the Contractor shall immediately notify the CO and submit a written report within 24 hours. The Contractor shall fingerprint the deceased. Staff members performing the fingerprinting shall date and sign the fingerprint card to ensure that a positive identification has been made and file the card in the detainee's file. Personal property of the

deceased shall be inventoried and forwarded to the designated family member, the nearest of kin or the Consular Officer of the detainee's country of legal residence.

If death is due to violence, accident surrounded by unusual or questionable circumstances, or is sudden and the deceased has not been under immediate medical supervision, the Contractor shall notify the coroner of the local jurisdiction to request a review of the case, and if necessary, examination of the body.

The Contractor shall establish coroner notification procedures outlining such issues as performance of an autopsy, which will perform the autopsy, obtaining state-approved death certificates, and local transportation of the body. The Contractor shall ensure the body is turned over to the designated family member, the nearest of kin or the Consular Officer of the detainee's country of legal residence.

9  Food Service
9.1  Manage food service program in a safe and sanitary environment

The Contractor shall provide detainees with nutritious, adequately varied meals, prepared in a sanitary manner while identifying, developing and managing resources to meet the operational needs of the food service program.

The Contractor shall identify, develop, and manage food service program policy, procedures, and practices in accordance with the ICE policy on Food Service.

10  Detainee Services and Programs
10.1  Manage Detainee Mail and Correspondence Service

The Contractor shall ensure that detainees send and receive correspondence in a timely manner, subject to the limitations required for the safety, security, and orderly operation of the facility. The mail service will meet all requirements of the ICE policy on Correspondence and Other Mail.

10.2  Manage Multi-Denominational Religious Services Program

The Contractor shall ensure detainees of different religious beliefs will be provided reasonable and equitable opportunity to practice their respective faiths. The religious services program will comply with all elements of the ICE standard on Religious Practices.

10.3  Provide for a Detainee Recreation Program

The Contractor shall develop adequate and meaningful recreation programs for detainees at the facility. The Contractor shall ensure that sufficient correctional staff members are assigned to supervise all recreation activities.

10.4  Manage and Maintain a Commissary

A commissary shall be operated by the Contractor as a privilege to detainees who will have the opportunity to purchase from the commissary at least once per week. These items will not include those items prohibited by ICE policy. The commissary inventory shall be provided to the CO upon request. The Contractor may assess sales tax to the price of items, if state sales tax is applicable.

Revenues are to be maintained in a separate account and not commingled with any other funds. If funds are placed in an interest bearing account, the interest earned must be credited to the detainee. Any expenditure of funds from the account shall only be made with the approval of the Contracting Officer. Any revenues earned in excess of those needed for commissary operations shall be used solely to benefit detainees at the facility. Profits may also be used to offset commissary staff salaries. The Contractor shall provide independent auditor certification of the funds to the COTR every 90 days.

At the end of the contract period, or as directed by the Contracting Officer, a check for any balance remaining in this account shall be made payable to the *Treasury General Trust Fund* and given/transmitted to the Contracting Officer.

Detainees are permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from work may be used to pay for products and services from the commissary.

10.5  Manage and Maintain a Detainee Telephone System

Provide detainees with reasonable and equitable access to telephones as specified in ICE policy on Telephone Access. Telephones shall be located in an area that provides for a reasonable degree of privacy and a minimal amount of environmental noise during phone calls.

If authorized to do so under applicable law, the Contractor shall monitor and record detainee conversations. If detainee telephone conversations can be monitored under applicable law, the Contractor shall provide notice to detainees of the potential for monitoring. However, the Contractor shall also provide procedures at the facility for detainees to be able to place unmonitored telephone calls to their attorneys.

Telephone rates shall not exceed the dominant carrier tariff rate and shall conform to all applicable federal, state and local telephone regulations.

10.6  Manage a Detainee Work Program

Detainee labor shall be used in accordance with the detainee work plan developed by the Contractor. The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service or other jobs. The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations. (**Attachment 3** - ICE Voluntary Work Program Form)

Detainees shall not be used to perform the responsibilities or duties of an *Employee* of the Contractor. Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate. Detainees shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances and unusual physical demands.

10.7 Provide for the Special Needs of the Female Detainee Population

The Government will be responsible for addressing female health care issues and for providing programs and services relative to the female gender.

10.8 Law Library

The Contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for books and materials to provide a reading area "Law Library" - in accordance with the ICE Legal Materials Access Standard.

11. Physical Plant

The facility operation and maintenance shall ensure that detainees are housed in a safe, secure and humane manner. All equipment, supplies and services shall be Contractor furnished except as otherwise noted.

The facility, whether new construction or an existing physical plant, shall be designed, constructed, operated and maintained in accordance with all applicable federal, state and local laws, regulations, codes, guidelines and policies. In the event of a conflict between federal, state, or local codes, regulations or requirements, the most stringent shall apply. In the event there is more than one reference to a safety, health or environmental requirement in an applicable law, standard, code, regulation or Government policy, the most stringent requirement shall apply.

The institution shall provide housing configurations commensurate with the security needs of the population.

The Contractor shall provide and maintain an electronic security alarm system, which will identify any unauthorized access to the institution's secure perimeter.

The facility, whether new construction or existing physical plant, shall comply with 40 U.S.C. 619, which stipulates compliance with nationally recognized codes and comply with the latest edition in effect on the date of proposal submission of one of the following codes:

    (1)    The Uniform Building Code (UBC), with the State of facility location's Amendments

        (2)    The Building Officials and Code Administrators (BOCA) National Building Code (NBC)

    (3) The Standard Building Code (SBC)

In the event the jurisdiction in which the facility is located does not mandate use of UBC, BOCA NBC or SBC, then the facility shall comply with the BOCA NBC.

Whether new construction or existing physical plant, fire protection and life safety issues shall be governed by the latest edition of the National Fire Protection Association (NFPA) 101, Code for Safety to Life from Fire in Buildings and Structures and applicable National Fire Codes (NFC). Should conflicts occur between NBC and NFC, NFC shall apply.

E.O. 12699 - Whether new construction or existing physical plant, the facility shall comply with the Seismic Safety of Federal and Federally Assisted or Regulated New Building Construction. The seismic safety requirements as set forth in either the 1991 International Conference of Building Officials, the UBC, the 1992 BOCA, NBC (or the 1992 Amendments to the Southern Building Code Congress) or SBC are the minimum standards. Should the code applicable for the state in which the facility is located be more stringent than the other codes set forth herein, the state code shall prevail.

The facility, whether new construction or existing physical plant, shall comply with the requirements of the Architectural Barriers Act of 1968 as amended and the Rehabilitation Act of 1973 as amended. The standards for facility accessibility by physically handicapped persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. _ 795 4/01/88 Edition" (UFAS) shall apply. All areas of the buildings and site shall meet these requirements.

Activities, which are implemented, in whole or in part, with federal funds, must comply with applicable legislation and regulations established to protect the human or physical environment and to ensure public opportunity for review. The Contractor shall remain in compliance with federal statutes during performance of the contract including, but not limited to: the following Acts: Clean Air, Clean Water, Endangered Species, Resources Conservation and Recovery; and other applicable laws, regulations and requirements. The Contractor shall also comply with all applicable limitations and mitigation identified in any Environmental Assessment or Environmental Impact Statement prepared in conjunction with the contract pursuant to the National Environmental Policy Act, 42U.S.C. 4321.

The Contractor shall be responsible for and shall indemnify and hold the Government harmless for any and all spills, releases, emission, disposal and discharges of any toxic or hazardous substance, any pollutant, or any waste, whether sudden or gradual, caused by or arising under the performance of the contract or any substance, material, equipment, or facility utilized. For the purposes of any environmental statute or regulation, the Contractor shall be considered the "owner and operator" for any facility utilized in the performance of the contract, and shall indemnify and hold the Government harmless for the failure to adhere to any applicable law or regulation established to protect the human or physical environment. The Contractor shall be responsible in the same manner as above regardless of whether activities leading to or causing a spill, release, emission or discharge are performed by the Contractor, its agent or designee, a detainee, visitors, or any third party.