## ATTACHMENT #5 – WAGE DETERMINATION

WD 05-2375 (Rev.-3) was first posted on www.wdol.gov on 06/05/2007
************************************************************************
************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER<br>THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C. 20210 |
|---|---|
| William W. Gross        Division of<br>Director        Wage Determinations | Wage Determination No.: 2005-2375<br>Revision No.: 3<br>Date Of Revision: 05/29/2007 |

State: New York

Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond, Rockland, Westchester
OCCUPATION NOTE:

Janitor: The rate for the Janitor occupation applies to Putnam, Rockland, and Weschester Counties only. See Wage Determination 1977-0225 for wage rates and fringe benefits for Bronx, Kings, New York, Queens, and Richmond Counties.

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support And Clerical Occupations | |
| 01011 - Accounting Clerk I | 14.66 |
| 01012 - Accounting Clerk II | 16.28 |
| 01013 - Accounting Clerk III | 20.96 |
| 01020 - Administrative Assistant | 25.38 |
| 01040 - Court Reporter | 21.19 |
| 01051 - Data Entry Operator I | 13.95 |
| 01052 - Data Entry Operator II | 15.22 |
| 01060 - Dispatcher, Motor Vehicle | 23.78 |
| 01070 - Document Preparation Clerk | 15.15 |
| 01090 - Duplicating Machine Operator | 13.77 |
| 01111 - General Clerk I | 13.47 |
| 01112 - General Clerk II | 15.41 |
| 01113 - General Clerk III | 17.11 |
| 01120 - Housing Referral Assistant | 21.13 |
| 01141 - Messenger Courier | 11.97 |
| 01191 - Order Clerk I | 18.05 |

| | |
|---|---|
| 01192 - Order Clerk II | 21.67 |
| 01261 - Personnel Assistant (Employment) I | 17.11 |
| 01262 - Personnel Assistant (Employment) II | 19.63 |
| 01263 - Personnel Assistant (Employment) III | 21.13 |
| 01270 - Production Control Clerk | 21.13 |
| 01280 - Receptionist | 15.28 |
| 01290 - Rental Clerk | 17.74 |
| 01300 - Scheduler, Maintenance | 17.11 |
| 01311 - Secretary I | 17.11 |
| 01312 - Secretary II | 19.63 |
| 01313 - Secretary III | 21.13 |
| 01320 - Service Order Dispatcher | 20.00 |
| 01410 - Supply Technician | 25.38 |
| 01420 - Survey Worker | 18.55 |
| 01531 - Travel Clerk I | 14.09 |
| 01532 - Travel Clerk II | 15.27 |
| 01533 - Travel Clerk III | 16.58 |
| 01611 - Word Processor I | 16.11 |
| 01612 - Word Processor II | 18.09 |
| 01613 - Word Processor III | 20.24 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer, Fiberglass | 24.49 |
| 05010 - Automotive Electrician | 26.68 |
| 05040 - Automotive Glass Installer | 25.67 |
| 05070 - Automotive Worker | 25.42 |
| 05110 - Mobile Equipment Servicer | 23.10 |
| 05130 - Motor Equipment Metal Mechanic | 27.97 |
| 05160 - Motor Equipment Metal Worker | 25.67 |
| 05190 - Motor Vehicle Mechanic | 27.97 |
| 05220 - Motor Vehicle Mechanic Helper | 21.77 |
| 05250 - Motor Vehicle Upholstery Worker | 24.42 |
| 05280 - Motor Vehicle Wrecker | 25.67 |
| 05310 - Painter, Automotive | 26.88 |
| 05340 - Radiator Repair Specialist | 25.67 |
| 05370 - Tire Repairer | 18.22 |
| 05400 - Transmission Repair Specialist | 27.97 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 19.55 |
| 07041 - Cook I | 17.97 |
| 07042 - Cook II | 19.55 |
| 07070 - Dishwasher | 14.67 |
| 07130 - Food Service Worker | 14.67 |
| 07210 - Meat Cutter | 19.55 |
| 07260 - Waiter/Waitress | 15.50 |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 20.13 |
| 09040 - Furniture Handler | 15.30 |
| 09080 - Furniture Refinisher | 20.13 |
| 09090 - Furniture Refinisher Helper | 16.90 |
| 09110 - Furniture Repairer, Minor | 18.51 |
| 09130 - Upholsterer | 20.13 |
| 11000 - General Services And Support Occupations | |

| | |
|---|---|
| 11030 - Cleaner, Vehicles | 14.92 |
| 11060 - Elevator Operator | 14.67 |
| 11090 - Gardener | 17.97 |
| 11122 - Housekeeping Aide | 14.82 |
| 11150 - Janitor | 14.92 |
| 11210 - Laborer, Grounds Maintenance | 15.50 |
| 11240 - Maid or Houseman | 13.98 |
| 11260 - Pruner | 12.52 |
| 11270 - Tractor Operator | 17.13 |
| 11330 - Trail Maintenance Worker | 15.50 |
| 11360 - Window Cleaner | 15.76 |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 18.77 |
| 12011 - Breath Alcohol Technician | 20.05 |
| 12012 - Certified Occupational Therapist Assistant | 19.98 |
| 12015 - Certified Physical Therapist Assistant | 18.91 |
| 12020 - Dental Assistant | 15.28 |
| 12025 - Dental Hygienist | 30.22 |
| 12030 - EKG Technician | 21.49 |
| 12035 - Electroneurodiagnostic Technologist | 21.49 |
| 12040 - Emergency Medical Technician | 18.77 |
| 12071 - Licensed Practical Nurse I | 17.92 |
| 12072 - Licensed Practical Nurse II | 20.05 |
| 12073 - Licensed Practical Nurse III | 22.35 |
| 12100 - Medical Assistant | 13.84 |
| 12130 - Medical Laboratory Technician | 18.45 |
| 12160 - Medical Record Clerk | 17.28 |
| 12190 - Medical Record Technician | 19.04 |
| 12195 - Medical Transcriptionist | 17.28 |
| 12210 - Nuclear Medicine Technologist | 30.38 |
| 12221 - Nursing Assistant I | 8.91 |
| 12222 - Nursing Assistant II | 11.96 |
| 12223 - Nursing Assistant III | 13.05 |
| 12224 - Nursing Assistant IV | 16.01 |
| 12235 - Optical Dispenser | 21.71 |
| 12236 - Optical Technician | 13.68 |
| 12250 - Pharmacy Technician | 13.74 |
| 12280 - Phlebotomist | 13.11 |
| 12305 - Radiologic Technologist | 25.72 |
| 12311 - Registered Nurse I | 31.36 |
| 12312 - Registered Nurse II | 34.68 |
| 12313 - Registered Nurse II, Specialist | 34.68 |
| 12314 - Registered Nurse III | 43.85 |
| 12315 - Registered Nurse III, Anesthetist | 43.85 |
| 12316 - Registered Nurse IV | 48.80 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 24.84 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 19.92 |
| 13012 - Exhibits Specialist II | 26.90 |
| 13013 - Exhibits Specialist III | 30.35 |
| 13041 - Illustrator I | 19.92 |
| 13042 - Illustrator II | 24.27 |

| | |
|---|---|
| 13043 - Illustrator III | 27.39 |
| 13047 - Librarian | 37.25 |
| 13050 - Library Aide/Clerk | 14.07 |
| 13054 - Library Information Technology Systems Administrator | 27.17 |
| 13058 - Library Technician | 19.92 |
| 13061 - Media Specialist I | 17.84 |
| 13062 - Media Specialist II | 19.80 |
| 13063 - Media Specialist III | 21.98 |
| 13071 - Photographer I | 17.07 |
| 13072 - Photographer II | 19.94 |
| 13073 - Photographer III | 27.17 |
| 13074 - Photographer IV | 31.81 |
| 13075 - Photographer V | 38.47 |
| 13110 - Video Teleconference Technician | 17.07 |
| **14000 - Information Technology Occupations** | |
| 14041 - Computer Operator I | 17.11 |
| 14042 - Computer Operator II | 19.63 |
| 14043 - Computer Operator III | 21.49 |
| 14044 - Computer Operator IV | 26.94 |
| 14045 - Computer Operator V | 27.62 |
| 14071 - Computer Programmer I (1) | 27.62 |
| 14072 - Computer Programmer II (1) | 27.62 |
| 14073 - Computer Programmer III (1) | 27.62 |
| 14074 - Computer Programmer IV (1) | 27.62 |
| 14101 - Computer Systems Analyst I (1) | 27.62 |
| 14102 - Computer Systems Analyst II (1) | 27.62 |
| 14103 - Computer Systems Analyst III (1) | 27.62 |
| 14150 - Peripheral Equipment Operator | 17.11 |
| 14160 - Personal Computer Support Technician | 26.94 |
| **15000 - Instructional Occupations** | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | 33.96 |
| 15020 - Aircrew Training Devices Instructor (Rated) | 36.77 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | 40.45 |
| 15050 - Computer Based Training Specialist / Instructor | 33.42 |
| 15060 - Educational Technologist | 26.71 |
| 15070 - Flight Instructor (Pilot) | 40.45 |
| 15080 - Graphic Artist | 30.01 |
| 15090 - Technical Instructor | 27.17 |
| 15095 - Technical Instructor/Course Developer | 31.68 |
| 15110 - Test Proctor | 21.13 |
| 15120 - Tutor | 21.13 |
| **16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations** | |
| 16010 - Assembler | 10.02 |
| 16030 - Counter Attendant | 10.02 |
| 16040 - Dry Cleaner | 12.33 |
| 16070 - Finisher, Flatwork, Machine | 10.02 |
| 16090 - Presser, Hand | 10.02 |
| 16110 - Presser, Machine, Drycleaning | 10.02 |
| 16130 - Presser, Machine, Shirts | 10.02 |
| 16160 - Presser, Machine, Wearing Apparel, Laundry | 10.02 |
| 16190 - Sewing Machine Operator | 13.09 |
| 16220 - Tailor | 13.83 |

| | |
|---|---|
| 16250 - Washer, Machine | 10.86 |

**19000 - Machine Tool Operation And Repair Occupations**

| | |
|---|---|
| 19010 - Machine-Tool Operator (Tool Room) | 20.13 |
| 19040 - Tool And Die Maker | 23.35 |

**21000 - Materials Handling And Packing Occupations**

| | |
|---|---|
| 21020 - Forklift Operator | 16.24 |
| 21030 - Material Coordinator | 21.70 |
| 21040 - Material Expediter | 21.70 |
| 21050 - Material Handling Laborer | 16.41 |
| 21071 - Order Filler | 14.16 |
| 21080 - Production Line Worker (Food Processing) | 16.25 |
| 21110 - Shipping Packer | 15.28 |
| 21130 - Shipping/Receiving Clerk | 15.28 |
| 21140 - Store Worker I | 12.99 |
| 21150 - Stock Clerk | 16.27 |
| 21210 - Tools And Parts Attendant | 16.40 |
| 21410 - Warehouse Specialist | 16.24 |

**23000 - Mechanics And Maintenance And Repair Occupations**

| | |
|---|---|
| 23010 - Aerospace Structural Welder | 26.48 |
| 23021 - Aircraft Mechanic I | 25.22 |
| 23022 - Aircraft Mechanic II | 26.48 |
| 23023 - Aircraft Mechanic III | 27.80 |
| 23040 - Aircraft Mechanic Helper | 20.36 |
| 23050 - Aircraft, Painter | 20.45 |
| 23060 - Aircraft Servicer | 22.30 |
| 23080 - Aircraft Worker | 23.26 |
| 23110 - Appliance Mechanic | 20.36 |
| 23120 - Bicycle Repairer | 17.13 |
| 23125 - Cable Splicer | 29.08 |
| 23130 - Carpenter, Maintenance | 25.76 |
| 23140 - Carpet Layer | 26.98 |
| 23160 - Electrician, Maintenance | 37.18 |
| 23181 - Electronics Technician Maintenance I | 23.39 |
| 23182 - Electronics Technician Maintenance II | 29.17 |
| 23183 - Electronics Technician Maintenance III | 31.14 |
| 23260 - Fabric Worker | 23.08 |
| 23290 - Fire Alarm System Mechanic | 21.67 |
| 23310 - Fire Extinguisher Repairer | 20.19 |
| 23311 - Fuel Distribution System Mechanic | 24.80 |
| 23312 - Fuel Distribution System Operator | 21.01 |
| 23370 - General Maintenance Worker | 18.98 |
| 23380 - Ground Support Equipment Mechanic | 24.83 |
| 23381 - Ground Support Equipment Servicer | 21.96 |
| 23382 - Ground Support Equipment Worker | 22.90 |
| 23391 - Gunsmith I | 18.94 |
| 23392 - Gunsmith II | 21.14 |
| 23393 - Gunsmith III | 22.91 |
| 23410 - Heating, Ventilation And Air-Conditioning Mechanic | 22.97 |
| 23411 - Heating, Ventilation And Air Contditioning Mechanic (Research Facility) | 23.88 |
| 23430 - Heavy Equipment Mechanic | 24.59 |
| 23440 - Heavy Equipment Operator | 34.38 |
| 23460 - Instrument Mechanic | 25.56 |

| | |
|---|---|
| 23465 - Laboratory/Shelter Mechanic | 22.05 |
| 23470 - Laborer | 15.95 |
| 23510 - Locksmith | 20.31 |
| 23530 - Machinery Maintenance Mechanic | 23.45 |
| 23550 - Machinist, Maintenance | 20.81 |
| 23580 - Maintenance Trades Helper | 16.90 |
| 23591 - Metrology Technician I | 25.56 |
| 23592 - Metrology Technician II | 26.57 |
| 23593 - Metrology Technician III | 27.55 |
| 23640 - Millwright | 24.23 |
| 23710 - Office Appliance Repairer | 22.95 |
| 23760 - Painter, Maintenance | 23.15 |
| 23790 - Pipefitter, Maintenance | 29.89 |
| 23810 - Plumber, Maintenance | 28.14 |
| 23820 - Pneudraulic Systems Mechanic | 23.84 |
| 23850 - Rigger | 23.02 |
| 23870 - Scale Mechanic | 21.99 |
| 23890 - Sheet-Metal Worker, Maintenance | 30.55 |
| 23910 - Small Engine Mechanic | 19.30 |
| 23931 - Telecommunications Mechanic I | 26.48 |
| 23932 - Telecommunications Mechanic II | 28.71 |
| 23950 - Telephone Lineman | 26.47 |
| 23960 - Welder, Combination, Maintenance | 20.93 |
| 23965 - Well Driller | 24.89 |
| 23970 - Woodcraft Worker | 23.38 |
| 23980 - Woodworker | 17.73 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 13.42 |
| 24580 - Child Care Center Clerk | 16.74 |
| 24610 - Chore Aide | 12.67 |
| 24620 - Family Readiness And Support Services Coordinator | 14.25 |
| 24630 - Homemaker | 18.59 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 28.06 |
| 25040 - Sewage Plant Operator | 27.01 |
| 25070 - Stationary Engineer | 28.06 |
| 25190 - Ventilation Equipment Tender | 21.53 |
| 25210 - Water Treatment Plant Operator | 27.01 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 17.20 |
| 27007 - Baggage Inspector | 13.99 |
| 27008 - Corrections Officer | 25.58 |
| 27010 - Court Security Officer | 27.12 |
| 27030 - Detection Dog Handler | 17.83 |
| 27040 - Detention Officer | 25.58 |
| 27070 - Firefighter | 27.12 |
| 27101 - Guard I | 13.99 |
| 27102 - Guard II | 17.83 |
| 27131 - Police Officer I | 28.66 |
| 27132 - Police Officer II | 31.85 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 17.13 |

28042 - Carnival Equipment Repairer     17.97
28043 - Carnival Equpment Worker     14.67
28210 - Gate Attendant/Gate Tender     13.27
28310 - Lifeguard     11.94
28350 - Park Attendant (Aide)     15.01
28510 - Recreation Aide/Health Facility Attendant     10.83
28515 - Recreation Specialist     18.61
28630 - Sports Official     11.94
28690 - Swimming Pool Operator     20.37
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer     27.18
29020 - Hatch Tender     27.18
29030 - Line Handler     27.18
29041 - Stevedore I     21.54
29042 - Stevedore II     23.43
30000 - Technical Occupations
30010 - Air Traffic Control Specialist, Center (HFO) (2)     35.40
30011 - Air Traffic Control Specialist, Station (HFO) (2)     24.40
30012 - Air Traffic Control Specialist, Terminal (HFO) (2)     26.88
30021 - Archeological Technician I     16.42
30022 - Archeological Technician II     18.37
30023 - Archeological Technician III     25.01
30030 - Cartographic Technician     25.11
30040 - Civil Engineering Technician     24.06
30061 - Drafter/CAD Operator I     17.89
30062 - Drafter/CAD Operator II     21.41
30063 - Drafter/CAD Operator III     23.77
30064 - Drafter/CAD Operator IV     25.11
30081 - Engineering Technician I     17.06
30082 - Engineering Technician II     19.68
30083 - Engineering Technician III     24.15
30084 - Engineering Technician IV     25.58
30085 - Engineering Technician V     29.65
30086 - Engineering Technician VI     34.61
30090 - Environmental Technician     22.90
30210 - Laboratory Technician     21.67
30240 - Mathematical Technician     25.11
30361 - Paralegal/Legal Assistant I     19.22
30362 - Paralegal/Legal Assistant II     24.95
30363 - Paralegal/Legal Assistant III     30.55
30364 - Paralegal/Legal Assistant IV     36.93
30390 - Photo-Optics Technician     25.91
30461 - Technical Writer I     23.52
30462 - Technical Writer II     28.77
30463 - Technical Writer III     34.82
30491 - Unexploded Ordnance (UXO) Technician I     22.49
30492 - Unexploded Ordnance (UXO) Technician II     27.22
30493 - Unexploded Ordnance (UXO) Technician III     32.62
30494 - Unexploded (UXO) Safety Escort     22.49
30495 - Unexploded (UXO) Sweep Personnel     22.49
30620 - Weather Observer, Combined Upper Air Or Surface Programs (3)     23.77
30621 - Weather Observer, Senior (3)     26.95

31000 - Transportation/Mobile Equipment Operation Occupations

| | |
|---|---|
| 31020 - Bus Aide | 15.62 |
| 31030 - Bus Driver | 19.89 |
| 31043 - Driver Courier | 16.72 |
| 31260 - Parking and Lot Attendant | 10.97 |
| 31290 - Shuttle Bus Driver | 17.45 |
| 31310 - Taxi Driver | 15.21 |
| 31361 - Truckdriver, Light | 17.75 |
| 31362 - Truckdriver, Medium | 18.76 |
| 31363 - Truckdriver, Heavy | 22.18 |
| 31364 - Truckdriver, Tractor-Trailer | 22.18 |

99000 - Miscellaneous Occupations

| | |
|---|---|
| 99030 - Cashier | 10.95 |
| 99050 - Desk Clerk | 16.69 |
| 99095 - Embalmer | 27.84 |
| 99251 - Laboratory Animal Caretaker I | 16.32 |
| 99252 - Laboratory Animal Caretaker II | 17.14 |
| 99310 - Mortician | 27.84 |
| 99410 - Pest Controller | 18.75 |
| 99510 - Photofinishing Worker | 14.14 |
| 99710 - Recycling Laborer | 15.17 |
| 99711 - Recycling Specialist | 17.37 |
| 99730 - Refuse Collector | 14.67 |
| 99810 - Sales Clerk | 11.96 |
| 99820 - School Crossing Guard | 14.67 |
| 99830 - Survey Party Chief | 19.38 |
| 99831 - Surveying Aide | 12.68 |
| 99832 - Surveying Technician | 17.38 |
| 99840 - Vending Machine Attendant | 14.42 |
| 99841 - Vending Machine Repairer | 17.64 |
| 99842 - Vending Machine Repairer Helper | 14.25 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.16 per hour or $126.40 per week or $547.73 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage

determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order

proposed classification title), a Federal grade equivalency (FGE) for each
proposed classification), job description), and rationale for proposed wage
rate), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, Employment Standards Administration, U.S. Department of Labor,
for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination. Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

# QUALITY CONTROL PLAN

**GOAL:** ATSI/ASSET will perform contract services in conformance with the Performance Requirements Summary (PRS) in order to ensure quality standards are met.

**OBJECTIVES:** Our "objective" in performing quality control measures is to ensure all areas of the PRS are rated "acceptable" during any inspection conducted by internal auditors or quality control monitors as well as government representatives.

**PLAN DESCRIPTION:** Our Quality Control Plan is based on the premise that **"you get what you inspect, not what you expect."** Therefore, both scheduled and unscheduled monitoring of performance standards will be conducted by our Quality Control Team.

**QUALITY ASSURANCE TEAM COMPOSITON:** Our Quality Control Team and the frequency of inspections conducted is as follows:

| QA Team Member(s) | Frequency of Inspection |
|---|---|
| Corporate Level Auditors | Quarterly |
| Facility Director | Random monthly inspection of selected PRS standard element |
| Assistant Facility Director | Random bi-weekly inspection of selected PRS standard element |
| Quality Control Monitor/ACA Compliance Monitor – Detention (QCM-D) | Daily inspection of selected PRS standards for detention. 75% will be scheduled and 25% random to achieve 100% PRS checks monthly. |
| Quality Control Monitor - Other Services (QCM-OS) | Daily inspection of selected PRS standards for detention services programs and non-Security related services. 75% will be scheduled and 25% random to achieve 100% PRS checks monthly. |

**DOCUMENTATION.** Quality Control monitoring will be documented in all cases, with copies of results provided to the Department Head (DH) whose department is inspected, the Assistant Facility Director (AFD). We will utilize checklists included in the ICE Standards to provide documentation of inspection and correction of any discrepancies noted. A specific checklist will be developed for each of the 51 performance elements within the nine functional areas listed in the PRS.

**RATINGS.** Inspected items will be rated as follows:

| Rating | Description |
|---|---|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated/observed with some area(s) needing improvement. There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

**INSPECTION PROCEDURES.** The PRS provided by the government contains hyper-links to ICE Standards. This document will be mounted on the server to expedite facility-wide access to the standards. QCMs will cut and paste these checklists into a check-list folder with individual lists titled appropriately. These checklists will then serve as inspection reports for each Functional Area Element inspected. Once an element is inspected, the inspection results will be entered on the Master Quality Control Inspection Report (MQCIR) (See "Reports" on page 9). On each checklist, a signature page will be added to indicate AFD initial review, DH action, and AFD approval of action taken. (See sample checklist on pages 3-5).

The Government's Quality Assurance Surveillance Plan will provide the acceptable performance levels for each functional area within the standards; i.e., the maximum number of discrepancies/defects that each PRS functional area/element can have before it falls below "acceptable". If a performance requirement element is rated at 100% compliance; this means that 100% of the check-list items must be acceptable in order for the performance requirement to be rated acceptable; or that 100% of the "occurrences" of a specific event/action must conform to the standard. If the percentage is less than 100, or if a specific number of deviations are allowed, then the noted performance must be within that percentage or number.

For example: One of the performance elements under Security and Control is "Population Counts". Within the ICE standard is a checklist to be utilized by QCMs to measure compliance with correct procedures; this checklist will be modified as depicted in the following pages.

Utilizing this checklist, the QCM will monitor the counts at random during a monthly performance period noting and logging any discrepancies into the MQCIR.

Policy: All detention facilities shall ensure around-the-clock accountability for all detainees. This requires that they conduct at least one formal count of the detainee population per shift, with additional formal and informal counts conducted as necessary.

## POPULATION COUNTS

| Components | Yes | No | Remarks |
|---|---|---|---|
| 1. Does staff conduct a formal count at least once each shift? | | | |
| 2. Do certain activities continue while a formal count is being conducted? | | | |
| 3. Do certain operations continue during formal counts? | | | |
| 4. Is a certain amount of movement tolerated during a formal count? | | | |
| 5. Do formal counts in all units take place simultaneously? | | | |
| 6. Do at least two officers participate in the count in each area/unit?<br>a. Always, or with some exceptions?<br>b. If exceptions, give examples. | | | |
| 7. Does the counting officer radio the count to the facility control officer?<br>a. Is this standard procedure?<br>b. Does the procedure include sending a count slip to the control officer after each count? | | | |
| 8. Do both officers conducting the count prepare and sign the count slip? a. In indelible ink? | | | |
| 9. Do officers allow detainee participation in the count? If yes, at what point?<br>a. Preparing for the count?<br>b. Performing the count?<br>c. Preparing post-count documentation? | | | |
| 10. Does every area/unit conduct a recount whenever an incorrect count is reported? | | | |
| 11. Does a face-to-photo count follow each unsuccessful recount? | | | |
| 12. Do the two officers conducting the area/unit count switch positions for the recount?<br>a. Is this a matter of written policy? | | | |
| 13. Do officers positively identify each detainee before counting him/her as present? | | | |
| 14. Do written procedures cover informal and emergency counts?<br>a. If yes, are they followed during informal counts?<br>b. During emergencies? | | | |
| 15. Does the control officer maintain an out-count record of all detainees temporarily leaving the facility? | | | |
| 16. Does the facility train all officers to follow all requirements of INS' "Population Count Detention Standard"? | | | |
| 17. Is this training documented in each officer's | | | |

103

**Verification Sources:**
The following may serve as sources of information for auditors verifying the facility's compliance with this detention standard:

| Source | Time | Date | Location |
|---|---|---|---|
| A. Observation of facility counts | | | |
| B. Observation of escort procedures (whether out counts are maintained) | | | |
| C. Facility log books | | | |
| D. Written policy and procedures | | | |
| E. Detainee and staff interviews* | | | |

Facilities must complete the attached Plan of Action for bringing operations into compliance. For each element found out of compliance, the plan of action will specify remedial action and the estimated timetable for compliance.

**\*Remarks:** *(Record significant facts, observations, other sources used, etc.)*

---

**AUDITOR'S SIGNATURE**                **DATE**

**REVIEW BY ASSISTANT FACILITY DIRECTOR:**

_____                    _____
SIGNATURE                                                 DATE

**DEPARTMENT HEAD ACTION REPORT:    (ATTACHED ADDITIONAL PAGES IF REQUIRED)**

_____                    _____
SIGNATURE                                                 DATE

**DISCREPANCY CLEARANCE AUTHORIZATION**

FROM:       AFD
TO:         QCM

**1.  ACTION IS CONSIDERED COMPLETE FOR THIS REPORT AND IT MAY BE CLEARED FROM MQCIR.**

_____                    _____
AFD SIGNATURE                                             DATE

**NUMBER OF INSPECTIONS PER INSPECTION CYCLE.** Inspection cycles will equate to calendar months. In each monthly period, all 51 elements within the nine Functional Areas will be inspected by the appropriate QCM, with inspections apportioned as noted below:

| PRS FUNCTIONAL AREA | ELEMENTS WEEK 1 | ELEMENTS WEEK 2 | ELEMENTS WEEK 3 | ELEMENTS WEEK 4 | TOTAL ELEMENTS |
|---|---|---|---|---|---|
| Administration & Management | 8 | | | | 8 |
| Health Care* | 2 | | | | 2 |
| Security & Control | 3 | 13 | 2 | | 18 |
| Food Service | | | 2 | | 2 |
| ▪ Staff & Detainee Communications | | | 3 | | 3 |
| Safety & Sanitation | | | 2 | | 2 |
| Services & Programs | | | 4 | 7 | 11 |
| Workforce Integrity | | | | 4 | 4 |
| Detainee Discrimination | | | | 1 | 1 |
| TOTAL | 13 | 13 | 13 | 12 | 51 |

**\*HEALTH CARE: ONLY 2 OF 8 ELEMENTS ARE CONTRACTOR FUNCTIONS**

The above listed inspection cycle will ensure that all 51 elements of the Functional Areas listed in the PRS are inspected monthly. The order of functional area element inspections will be varied from month to month.

**PRS FUNCTIONAL AREA ELEMENTS/INSPECTIONS/SAMPLE SIZE/INSPECTORS.** The following are the 51 elements that will be inspected monthly, the size of samples required to constituted a valid inspection, and inspector:

| INSPECTION AREA | MONTHLY INSPECTIONS | ANNUAL INSPECTIONS | SAMPLES P/INSPECTION | INSPECTOR |
|---|---|---|---|---|
| **Administration & Management** | | | | |
| Accommodations for Disabled | 1 | 12 | 1 | AFD |
| Contractor Quality Control Program | 1 | 12 | 1 | FD |
| Admission/Release/Orientation | 1 | 12 | 10 | QCM-D |
| Detainee Records/Files | 1 | 12 | 10 | QCM-D |
| Detainee Handbooks | 1 | 12 | 10 | QCM-D |
| Internal Inspections/Reviews Detention Management Programs | 1 | 12 | 1 | AFD |
| Funds & Personal Property | 1 | 12 | 10 | QCM-D |
| Policy Development & Monitoring | 1 | 12 | 1 | QCM-D |
| **TOTAL** | 8 | 96 | | |
| **Health Care*** | | | | |
| Communicable Disease | PHS | | | |
| Detainee Hunger Strikes | 1 | 1 | 1 | QCM-D |
| Experimental Research | PHS | | | |
| Medical, Dental and Mental Health | PHS | | | |
| Suicide Prevention | 1 | 1 | 1 | QCM-D |
| Terminal Illness, Advanced Directives and Death | PHS | | | |
| **TOTAL** | 2 | 24 | | |
| **Security & Control** | | | | |
| Detainee Searches | 1 | 12 | 20 | QCM-D |
| Detainee Accountability & Supervision | 1 | 12 | 20 | QCM-D |
| Use of Force | 1 | 12 | ALL | QCM-D |
| Detainee Transfers | 1 | 12 | 20 | QCM-D |
| Tool & Equipment Control | 1 | 12 | 20 | QCM-D |
| Weapon Control | 1 | 12 | 20 | QCM-D |
| Detainee Discipline | 1 | 12 | 20 | QCM-D |
| Special Management Unit – ADSEG | 1 | 12 | 5 | QCM-D |
| SMU-Disciplinary Segregation | 1 | 12 | 5 | QCM-D |
| Contingency/Emergency Plan | 1 | 12 | 1 | QCM-D |
| Hold Rooms | 1 | 12 | 10 | QCM-D |
| Control of Contraband | 1 | 12 | 20 | QCM-D |

| Post Orders | 1 | 12 | ALL | QCM-D |
|---|---|---|---|---|
| Permanent Logs | 1 | 12 | 10 | QCM-D |
| Security Features | 1 | 12 | 5 | QCM-D |
| Security Inspections/Reviews | 1 | 12 | 5 | QCM-D |
| Sexual Assault | 1 | 12 | ALL | QCM-D |
| Transportation - Land | 1 | 12 | 10 | QCM-D |
| **TOTAL** | **18** | **216** | | |

| Food Service | | | | |
|---|---|---|---|---|
| Environmental Health & Safety | 1 | 12 | 1 | QCM-OS |
| Food Service Standards | 1 | 12 | 10 | QCM-OS |
| **TOTAL** | **2** | **24** | | |

| Staff & Detainee Communications | | | | |
|---|---|---|---|---|
| Detainee Grievances | 1 | 12 | ALL | QCM-D |
| Diversity Training | 1 | 12 | 1 | QCM-D |
| Staff/Detainee Communications | 1 | 12 | 10 | QCM-D |
| **TOTAL** | **3** | **36** | | |

| Safety & Sanitation | | | | |
|---|---|---|---|---|
| Environmental Health & Safety | 1 | 12 | 1 | QCM-OS |
| Clothing and Bedding | 1 | 12 | 10 | QCM-OS |
| **TOTAL** | **2** | **24** | | |

| Services & Programs | | | | |
|---|---|---|---|---|
| Access to Legal Materials | 1 | 12 | 5 | QCM-OS |
| Classification Review | 1 | 12 | 10 | QCM-D |
| Detainee Mail & Correspondence | 1 | 12 | 10 | QCM-OS |
| Group Legal Representation | 1 | 12 | 1 | QCM-OS |
| Marriage Requests | 1 | 12 | ALL | QCM-OS |
| Non-Medical Emergency Escorted Trips | 1 | 12 | 5 | QCM-D |
| Recreation | 1 | 12 | 10 | QCM-D |
| Religious Practices | 1 | 12 | 5 | QCM-OS |
| Telephone Access | 1 | 12 | 10 | QCM-OS |
| Voluntary Work Program | 1 | 12 | 10 | QCM-OS |
| Visitation Privileges | 1 | 12 | 10 | QCM-D |
| **TOTAL** | **11** | **132** | | |

| Workforce Integrity | | | | |
|---|---|---|---|---|
| Staff Background and Reference checks | 1 | 12 | 10 | QCM-D |
| Staff Misconduct | 1 | 12 | 10 | AFD |
| Staffing Pattern Compliance | 1 | 12 | 1 | FD |

| Staff Training/Licensing/Credentialing | 1 | 12 | 10 | AFD |
|---|---|---|---|---|
| TOTAL | 4 | 48 | | |

| Detainee Discrimination | | | | |
|---|---|---|---|---|
| Discrimination Prevention | 1 | 12 | ALL | QCM-D |
| TOTAL | 1 | 12 | | |

| GRAND TOTAL MONTHLY INSPECTIONS | 51 | 612 | | |
|---|---|---|---|---|

NOTE: Inspectors may vary in accordance with availability. Corporate-level Quality Monitors will inspect no less than one half of the 51 elements on a quarterly basis to achieve two complete inspections of all elements annually. In addition to those elements noted for the FD and AFD,

## REPORTS

ATSI/ASSET will provide a Master Quality Control Inspection Report (MQCIR). The MQCIR is an "excel" spreadsheet document mounted on the server in the QA Directory Folder. Each department will also have a sub-folder containing a condensed version of the Master Report. DH's will have read-only access to the MQCIR. The FD/AFD and QCM will have "edit" capability.

Quality Control Monitors (QCMs): QCMs will enter data in abbreviated descriptive format into the Master Quality Control Inspection Report daily, or as inspections are completed, providing paper copies of the individual inspection checklists to the applicable department head. The Quality Assurance Monitor will maintain a paper suspense copy of the inspection checklist if any item is rated below acceptable. The format for the column headings is:

| Date | Control Number | Dept | Standard | Comment | Cleared |
|------|----------------|------|----------|---------|---------|
| 12/14/07 | 01001 | Security | Counts | All counts cleared | Y |
| 12/15/07 | 01002 | Security | Counts | On 12/15/07, Unit 11 Count in error | Y |
| 12/16/07 | 01002 | Security | Response | Officer counseled on correct count procedures (1st error) | Y |
| 12/17/07 | 01002 | AFD | | Accepted/cleared | Y |
| 12/18/07 | 01003 | Security | Duty Log | Post 9 Officer failed to sign in when reporting for duty | N |
| | 01003 | Security | Response | | N |
| 12/20/07 | 01004 | Security | Counts | On 12/16/07, Unit 11 Count in error | Y |
| 12/21/07 | 01004 | Security | Response | Officer issued warning letter; suspended for 1 day (2nd error) | Y |
| | 01004 | | | Supervisor directed to closely monitor Unit 11 during counts for next 7 days | Y |
| 12/21/07 | 01004 | AFD | | Accepted/cleared | Y |
| 12/22/07 | 00000 | AFD | Review | Weekly review completed; Post 9 Officer action not completed within 72 hours; **CSS see AFD.** | N |
| 12/23/07 | 00000 | AFD | Review | 01003 extended to 12/28 | N |

Department Heads (DH): DH's will take action to correct any discrepancy noted, annotate the action on the form and provide the original to the QCM. If the discrepancy cannot be corrected within 72 hours, the DH will forward his/her proposed plan of action to resolve the discrepancy including an estimated completion date. The QCM will maintain the report on the suspense file until the discrepancy is corrected and cleared by the AFD.

Assistant Facility Director (AFD). The AFD will review the Master Quality Control Inspection Report on a weekly basis. The AFD will personally review with the applicable DH any inspection item that has surpassed its deadline for correction. If the DH requires an extension to the deadline, the AFD may recommend an extension to the Facility Director (FD). If the FD approves the extension, approval will be documented in the MQCIR.

The MQCIR will be maintained for one calendar month and then saved in "read-only" format with a new MQCIR initiated. Any un-cleared items from the previous month year will be brought forward to the current month.

**FOLLOW-UP TO ENSURE CORRECTION OF DISCREPANCIES.** The MQCIR will inform all echelons of the chain of command of existing/noted inspection discrepancies. Only the AFD or FD will be authorized to approve final clearance of a noted discrepancy.

## INSPECTION WORK-FLOW DIAGRAM

**INSPECTION CONDUCTED BY QCM**
↓
**RESULTS ENTERED IN MQCIR**
**PAPER COPY PROVIDED TO DH BY QCM**
**AND SUSPENSE FILE BY QCM**
↓
**DH REPORTS RESOLUTION TO QCM BY RETURNING ANNOTATED FORM**
↓
**QCM ENTERS RESOLUTION ON MQCIR**
**PROVIDES PAPER COPY TO AFD**
↓
**WEEKLY – AFD REVIEWS MQCIR**
**MEETS WITH DH ON ANY "EXPIRED" ITEMS (72 HOURS)**
**OR REJECTED RESOLUTIONS**
**ANNOTATES MQCIR**
**EDITS THE MQCIR**
↓
**MONTHLY – QCM INITIATES NEW MQCIR**
**CARRIES FORWARD ANY UNRESOLVED ITEMS**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 12 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 11/09/2007 | See Schedule | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

9B. DATED (SEE ITEM 11)

| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | HSCEOP-07-C-00019 |

| CODE | 0850091940000 | FACILITY CODE | 10B. DATED (SEE ITEM 11) |
|---|---|---|---|
| | | | 09/24/2007 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $60,954.87 |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date. etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 43.103(a) and 43.103(b). |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 085009194
1. The Contracting Officer is hereby changed from Deborah Locke to J. William Weinberg.
Mr. Weinberg can be reached at        b2Low

2. The Contract Specialist is hereby changed from Johanna Klema to Paul Previch.  Mr.
Previch can be reached at        b2Low

3. The COTR is changed from John Washington to Wayne Muller        b2Low        Invoices sent
to Mr. Muller shall be sent to ICE/DRO, Attn: Wayne Muller, 11th Floor, 201 Varick Street,
New York, NY 10014.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | J. William Weinberg | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|

4.  The unit price of CLINs 0003, 1002, 2002, and
3002 is changed from $ b4 per mile to $ b4 per
mile in order to conform to JTR.  Notwithstanding
the above, CLINs 1002, 2002, and 3002, remain
unexercised options.

5.  Because the    price of CLIN 0003 is being
increased from  b4 per mile to   b4 per mile,
in order to effectuate the modification to CLIN
0003 at no added cost during the current period
of performance, the quantity for CLIN 0003
mileage is reduced from 84558 to 83686.

6.  Funding for CLIN 0002 is increased in the
amount of    b4     The funding for CLIN 0002
had been for 56 days but the period of
performance was for 57 days.  This action now
fully funds CLIN 0002, thereby covering the costs
of day 57, namely February 26, 2008.

7.  The security language for unclassified
contracts is replaced to conform to recent
updates.

8.  All other terms and conditions remain
unchanged.

LIST OF CHANGES:
Total Amount for this Modification:        b4
New Total Amount for this Version:         b4
New Total Amount for this Award:          b4
Obligated Amount for this Modification:      b4
New Total Obligated Amount for this Award:
          b4
Buyer changed
 from Johanna    Klema

 to   Paul  W  Previch

Contracting Officer changed
 from Deborah    Locke

 to   J. William    Weinberg

 CHANGES FOR LINE ITEM NUMBER:  2
Quantity changed from 56 to 57
Total Amount changed
from      b4    to    b4
Obligated Amount for this modification:     b4

Continued ...

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | CHANGES FOR DELIVERY LOCATION: NY0128<br>Quantity changed from 56 to 57<br>Amount changed from    b4   to   b4<br><br>CHANGES FOR ACCOUNTING CODE:<br><br>      b2High<br><br>Percent changed from 100 to 98.24561<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br><br>      b2Low<br><br>Quantity: 1<br>Amount: $   b4<br>Percent: 1.78571<br>Subject To Funding: N<br>Payment Address:<br>    Dallas Finance Center<br>P.O. Box 561567<br>Attn: Bolton/Sheffield<br>Dallas TX 75356-1567<br><br><br> CHANGES FOR LINE ITEM NUMBER:  3<br>Quantity changed from 84558 to 83686<br>Unit Price changed from $  b4  to $  b4<br>Total Amount changed<br>from $  b4   to   b4<br>Obligated Amount for this modification:   b4<br><br>CHANGES FOR DELIVERY LOCATION: NY0128<br>Quantity changed from 84558 to 83686<br>Amount changed from $  b4   to   b4<br><br>CHANGES FOR ACCOUNTING CODE:<br><br>      b2Low<br><br>Quantity changed from     83686<br>Amount changed from $  b4   to   b4<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br><br>      b2Low<br><br>Quantity: 0<br>Amount: $0.00<br>Percent: 0<br>Subject To Funding: N<br>Payment Address:<br>Continued ... | | | | |

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Dallas Finance Center<br>P.O. Box 561567<br>Attn: Bolton/Sheffield<br>Dallas TX 75356-1567<br><br> CHANGES FOR LINE ITEM NUMBER: 1002<br>Unit Price changed from $ b4 to b4<br>Total Amount changed<br>from $ b4 to $ b4<br>Anticipated Exercise date changed from 27-FEB-08<br>to 28-FEB-08<br><br>CHANGES FOR DELIVERY LOCATION: NY0128<br>Amount changed from $ b4 to $ b4<br><br> CHANGES FOR LINE ITEM NUMBER: 2002<br>Unit Price changed from $ b4 to $ b4<br>Total Amount changed<br>from $ b4 to $ b4<br><br>CHANGES FOR DELIVERY LOCATION: NY0128<br>Amount changed from $ b4 to $ b4<br><br> CHANGES FOR LINE ITEM NUMBER: 3002<br>Unit Price changed from $ b4 to $ b4<br>Total Amount changed<br>from $ b4 to $ b4<br><br>CHANGES FOR DELIVERY LOCATION: NY0128<br>Amount changed from $ b4 to $ b4<br><br>Discount Terms:<br> b2Low<br>FOB: Destination<br>Period of Performance: 09/24/2007 to 12/26/2010<br><br>Change Item 0002 to read as follows(amount shown<br>is the total amount): | | | | |
| 0002 | Operation of Detention Processing Facility at 201<br>Varick Street, New York, NY 10014, SUBJECT TO<br>NOTICE TO PROCEED based upon satisfactory<br>completion of phase-in requirements.  See<br>Performance Work Statement for required<br>performance thresholds.  This CLIN shall be<br>invoiced monthly.  The period of performance of<br>CLIN 0002 is from January 1, 2008 through<br>February 26, 2008.  This CLIN is firm fixed price.<br>Obligated Amount: $ b4<br>Continued ... | 57 | DA | | b4 |

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Code:  M166<br>Requisition No: DRO-08-RQ1071, FNY070013<br><br>Accounting Info:<br><br>        b2Low<br><br>Funded: $0.00<br>Accounting Info:<br><br>        b2Low<br><br>Funded: $    b4<br><br><br>Change Item 0003 to read as follows(amount shown<br>is the total amount): | | | | |
| 0003 | Transportaton services for the movement of<br>detainees as described in PWS.  This CLIN is<br>SUBJECT TO NOTICE TO PROCEED based upon<br>satisfactory completion of phase-in requirements.<br> This CLIN shall be invoiced on actual mileage<br>and not estimated.  Contractor shall notify the<br>Contracting Officer in writing within 5 days when<br>the Contractor has used 75% of the miles on this<br>CLIN.  The period of performance of CLIN 0003 is<br>from January 1, 2008 through February 26, 2008.<br>This CLIN is a fixed rate (JTR) reimbursed on<br>actual usage.<br>Obligated Amount:   b3<br>Product/Service Code:  V127<br>Requisition No: DRO-08-RQ1070, FNY070013<br><br>Accounting Info:<br><br>        b2Low<br><br>Funded:   b4<br>Accounting Info:<br><br>        b2Low<br><br>Funded: $0.00<br><br>Change Item 1002 to read as follows(amount shown<br>is the total amount): | 83686 | DH | | b4 |
| 1002 | Transportaton services for the movement of<br>detainees as described in PWS.  This CLIN shall<br>be invoiced on actual mileage and not estimated.<br>Contractor shall notify the Contracting Officer<br>in writing within 5 days when the Contractor has<br>used 500,000 miles on this CLIN.  The period of<br>Continued ... | $55976 | DH | | b4 |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | performance of CLIN 1002 is from February 27, 2008 through February 26, 2009.  This is an option line item.  This CLIN is a fixed rate (JTR)reimbursed on actual usage. (Option Line Item) 02/28/2008 Product/Service Code:  V127

Accounting Info: Funded: $0.00

Change Item 2002 to read as follows(amount shown is the total amount): | | | | |
| 2002 | Transportaton services for the movement of detainees as described in PWS.  This CLIN shall be invoiced on actual mileage and not estimated. Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 500,000 miles on this CLIN.  The period of performance of CLIN 2002 is from February 27, 2009 through February 26, 2010.  This is an option line item.  This CLIN is a fixed rate (JTR)reimbursed on actual usage. (Option Line Item) 09/24/2008 Product/Service Code:  V127

Accounting Info: Funded: $0.00

Change Item 3002 to read as follows(amount shown is the total amount): | 606520 | DH | | b4 |
| 3002 | Transportaton services for the movement of detainees as described in PWS.  This CLIN shall be invoiced on actual mileage and not estimated. Contractor shall notify the Contracting Officer in writing within 5 days when the Contractor has used 500,000 miles on this CLIN.  The period of performance of CLIN 3002 is from February 27, 2010 through December 26, 2010.  This is an option line item.  This CLIN is a fixed rate (JTR)reimbursed on actual usage. (Option Line Item) 09/24/2009 Product/Service Code:  V127

Accounting Info: Funded: $0.00 Continued ... | 606520 | DH | | b4 |

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The security clause is replaced with the following:<br><br>REQUIRED SECURITY CLAUSE<br>SENSITIVE /UNCLASSIFED CONTRACTS<br><br><br>SECURITY REQUIREMENTS<br><br><br>GENERAL<br>The Department of Homeland Security (DHS) has determined that performance of the tasks as described in Contract HSCEOP-07-C-00019 requires that the Contractor, subcontractor(s), vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information, and that the Contractor will adhere to the following.<br><br>SUITABILITY DETERMINATION<br>DHS shall have and exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for Contractor employees, based upon the results of a background investigation. DHS may, as it deems appropriate, authorize and make a favorable entry on duty (EOD) decision based on preliminary security checks.  The favorable EOD decision would allow the employees to commence work temporarily prior to the completion of the full investigation.  The granting of a favorable EOD decision shall not be considered as assurance that a full employment suitability authorization will follow as a result thereof. The granting of a favorable EOD decision or a full employment suitability determination shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by DHS, at any time during the term of the contract.  No employee of the Contractor shall be allowed to EOD and/or access sensitive information or systems without a favorable EOD decision or suitability determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU).  No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable EOD<br>Continued ... | | | | |