NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
| --- | --- | --- | --- | --- | --- |
| | decision or suitability determination by the OPR-PSU. Contract employees assigned to the contract not needing access to sensitive DHS information or recurring access to DHS ¿ facilities will not be subject to security suitability screening. | | | | |

BACKGROUND INVESTIGATIONS
Contract employees (to include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through the Personnel Security Unit. Prospective Contractor employees with adequate security clearances issued by the Defense Industrial Security Clearance Office (DISCO) may not be required to submit complete security packages, as the clearance issued by DISCO may be accepted. Prospective Contractor employees without adequate security clearances issued by DISCO shall submit the following completed forms to the Personnel Security Unit through the COTR, no less than 5 days before the starting date of the
contract or 5 days prior to the expected entry on duty of any employees, whether a replacement, addition, subcontractor employee, or vendor:

1.Standard Form 85P, Questionnaire for Public Trust Positions Form will be submitted via e-QIP (electronic Questionnaires Investigation Processing)    (2 copies)

2.FD Form 258, Fingerprint Card  (2 copies)

3.Foreign National Relatives or Associates Statement

4.DHS 11000-9, Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act

5.Drug Questionnaire

Continued ...

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 6.Alcohol Questionnaire | | | | |

Required forms will be provided by DHS at the time of award of the contract. Only complete packages will be accepted by the OPR-PSU. Specific instructions on submission of packages will be provided upon award of the contract.

Be advised that unless an applicant requiring access to sensitive information has resided in the US for three of the past five years, the Government may not be able to complete a satisfactory background investigation. In such cases, DHS retains the right to deem an applicant as ineligible due to insufficient background information.

The use of Non-U.S. citizens, including Lawful Permanent Residents (LPRs), is not permitted in the performance of this contract for any position that involves access to, development of, or maintenance to any DHS IT system.

CONTINUED ELIGIBILITY
If a prospective employee is found to be ineligible for access to Government facilities or information, the COTR will advise the Contractor that the employee shall not continue to work or to be assigned to work under the contract.

The OPR-PSU may require drug screening for probable cause at any time and/ or when the contractor independently identifies, circumstances where probable cause exists.

The OPR-PSU may require reinvestigations when derogatory information is received and/or every 5 years.

DHS reserves the right and prerogative to deny and/ or restrict the facility and information access of any Contractor employee whose actions are in conflict with the standards of conduct, 5 CFR 2635 and 5 CFR 3801, or whom DHS determines to present a risk of compromising sensitive Government information to which he or she would have access under this contract.

Continued ...

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The Contractor will report any adverse information coming to their attention concerning contract employees under the contract to the OPR-PSU through the COTR. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the employee(s) name and social security number, along with the adverse information being reported.<br><br>The OPR-PSU must be notified of all terminations/ resignations within five days of occurrence. The Contractor will return any expired DHS issued identification cards and building passes, or those of terminated employees to the COTR. If an identification card or building pass is not available to be returned, a report must be submitted to the COTR, referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card. The COTR will return the identification cards and building passes to the responsible ID Unit.<br><br>EMPLOYMENT ELIGIBILITY<br>The contractor will agree that each employee working on this contract will successfully pass the DHS Employment Eligibility Verification (E-Verify) program operated by USCIS to establish work authorization.<br><br>The Contractor must agree that each employee working on this contract will have a Social Security Card issued and approved by the Social Security Administration. The Contractor shall be responsible to the Government for acts and omissions of his own employees and for any Subcontractor(s) and their employees.<br><br>Subject to existing law, regulations and/ or other provisions of this contract, illegal or undocumented aliens will not be employed by the Contractor, or with this contract. The Contractor will ensure that this provision is expressly incorporated into any and all Subcontracts or subordinate agreements issued in support of this contract.<br><br>Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | SECURITY MANAGEMENT<br>The Contractor shall appoint a senior official to act as the Corporate Security Officer. The individual will interface with the OPR-PSU through the COTR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Contractor.<br><br>The COTR and the OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Contractor in complying with the security requirements under this contract. Should the COTR determine that the Contractor is not complying with the security requirements of this contract, the Contractor will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements.<br><br>The following computer security requirements apply to both Department of Homeland Security (DHS) operations and to the former Immigration and Naturalization Service operations (FINS). These entities are hereafter referred to as the Department.<br><br>INFORMATION TECHNOLOGY SECURITY CLEARANCE<br>When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS IT Security Program Publication DHS MD 4300.Pub. or its replacement. Contractor personnel must have favorably adjudicated background investigations commensurate with the defined sensitivity level.<br>Contractors who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).<br><br>Continued ... | | | | |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT<br>All contractor employees using Department automated systems or processing Department sensitive data will be required to receive Security Awareness Training.  This training will be provided by the appropriate component agency of DHS.<br><br>Contractors who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices and systems rules of behavior.  Department contractors, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually.  The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.<br><br>All personnel who access Department information systems will be continually evaluated while performing these duties.  Supervisors should be aware of any unusual or inappropriate behavior by personnel accessing systems.  Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO). | | | | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 1 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| P00002 | 01/22/2008 | | | | |
| 6. ISSUED BY          CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6)  CODE | | ICE/DM/DC-DC | |

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 9 95033658

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSCEOP-07-C-00 019 |
| | 10B. DATED (SEE ITEM 11) |

| CODE    0850091940000 | FACILITY CODE | | 09/24/2007 |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | far 43.103(b). |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:    Contractor | ☒ is not. | ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  085009194
The purpose of this modification is to add Sonia Hernandez and Roberto Rodriguez as
alternate COTRs for the Varrick Street contract.

All other terms and conditions remain the same.
Period of Performance: 09/24/2007 to 12/26/2010
Program POC: Wayne Muller      b2Low

Procurement POC: Paul Previch      b2Low

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | James D. Adams | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 28 Jan 08 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA |
| | FAR (48 CFR) 53.243 |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 02/05/2008 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
HSCEOP-07-C-00 019

10B. DATED (SEE ITEM 11)
09/24/2007

| CODE | 0850091940000 | FACILITY CODE |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: far 43.103(b). |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT: | Contractor ☒ is not. ☐ is required to sign this document and return _____0_____ copies to the issuing office. |
|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller      b2Low

Procurement POC: Paul Previch      b2Low

The purpose of this modification is to add Mohamed Khan as an alternate COTR for the
Varrick Street contract.

Period of Performance: 09/24/2007 to 12/26/2010
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) James P. Adams |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 5 Feb 08 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | 05/14/2008 | FNY080017 | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

**6. ISSUED BY**
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

**7. ADMINISTERED BY**
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

ARTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | HSCEOP-07-C-00019 |

10B. DATED (SEE ITEM 11)
09/24/2007

| CODE | 0850091940000 | FACILITY CODE |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Not Increased | $23,000.00 |
|---|---|---|
| | b2Low | |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: far 43.103(a). |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194

Program POC: Wayne Muller    b2Low

Procurement POC: Paul Previch    b2Low

The purpose of this modification is to add a CLIN to include a voluntary detainee work program at the Varick Street Facility.
Delivery: 30 Days After Award
Discount Terms:
b2Low
Delivery Location Code: VAR
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Al Martina, Senior Vice President | James D. Adams |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 05/15/2008 | (Signature of Contracting Officer) | 15 May 2008 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA FAR (48 CFR) 53.243 |

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | ICE/DRO<br>Varick Street Processing Facility<br>201 Varick Street<br>New York NY 10014<br><br>FOB: Destination<br>Period of Performance: 09/24/2007 to 12/26/2010<br><br>Add Item 1003 as follows: | | | | |
| 1003 | VOLUNTARY DETAINEE WORK PROGRAM AT VARICK STREET SPC<br>Obligated Amount: $23,000.00<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES | 23000 | DA | 1.00 | 23,000.00 |
| | Add Item 2003 as follows: | | | | |
| 2003 | OPTION YEAR VOLUNTARY DETAINEE WORK PROGRAM<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES | | DA | | 0.00 |
| | Add Item 3003 as follows: | | | | |
| 3003 | OPTION: VOLUNTARY DETAINEE WORK PROGRAM<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES<br>All other terms and conditions remain the same. | | DA | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00005 | 06/03/2008 | FNY080013.2 | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

**6. ISSUED BY**

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

**7. ADMINISTERED BY**

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 9 95033658

(x)

| 9A. AMENDMENT OF SOLICITATION NO. |
|---|

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSCEOP-07-C-00 019 |

10B. DATED (SEE ITEM 11)
09/24/2007

| CODE | 0850091940000 | FACILITY CODE |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | | |
|---|---|---|
| See Schedule | Net Increase: | $2,300,000.00 |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | far 43.103(b). |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:   085009194
Program POC: Wayne Muller   b2Low

Procurement POC: Paul Previch   b2Low

The purpose of this modification is to add additional funding of $2,300,000 for monthly expeditures at Varick.
Delivery: 30 Days After Award
Discount Terms:
b2Low
Delivery Location Code: VAR
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | James D. Adams |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | | 3 June 08 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ICE/DRO Varick Street Processing Facility 201 Varick Street New York NY 10014 | | | | |
| | Accounting Info: | | | | |
| | b2Low — ------ --- | | | | |
| | FOB: Destination Period of Performance: 09/24/2007 to 12/26/2010 | | | | |
| | Add Item 3004 as follows: | | | | |
| 3004 | Guard Services Obligated Amount: $2,300,000.00 Product/Service Code: S206 Product/Service Description: GUARD SERVICES | 1 | LO | 2,300,000.00 | 2,300,000.00 |
| | All other terms and conditions remain the same. | | | | |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|
| | | | 1 | 13 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | 08/20/2008 | DRO-08-RQ1167.1 | |

| 6. ISSUED BY | CODE | ICB/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICB/DM/DC-DC |
|---|---|---|---|---|---|

6. ISSUED BY:
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

7. ADMINISTERED BY:
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

| | |
|---|---|
| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEOP-07-C-00 019 |
| | 10B. DATED (SEE ITEM 11) 09/24/2007 |

CODE 0850091940000   FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $11,297,011.89 |
|---|---|---|
| See Schedule | | |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) 43.103(a) & 52.217-9 |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller     b2Low

Procurement POC: Paul Previch     b2Low

The purpose of this modification is to do the following:

1. Exercise Option Period 1 under FAR clause 52.217-9 Option to Extend the Term of the Contract

The contractor must notify the Contracting Officer in writing within thirty (30) days aft
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Al Martina, Senior Vice President | James D. Adams |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 21-Aug-2008 | (Signature of Contracting Officer) | 21 AUG 08 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | HSCEOP-07-C-00 019/P00006 | | 2 | 13 |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | receipt of this modification of any increase claimed under the Fair Labor Standards Act and Service Contract Act -- Price Adjustments (Multiple Year and Option COntracts). Any increase claimed shall be initiated by submitting a rate adjustment proposal, along with detailed supporting price documentation in accordance with the provisions of FAR 52.222-43. | | | | |
| | The attached wage determination number 2005-2375 revision number 5 dated 5/29/200 8 applies. | | | | |
| | 2. Provide funding for operation s from 2/27/2008 to 9/30/2008. The following clau se applies beyond 9/30/2008. 52.232-19 Availability of Funds for the Next Fiscal Year. Funds are not presently availabl e for performance under this contract beyond Septe mber 30, 2008. The Government's obligation for performance of this contract beyond that date i s contingent upon the availability of appropriated funds from which payment for contract purposes ca n be made. No legal liability on the part of t he Government for any payment may arise for perfor mance under this contract beyond September 30, 20 08, until funds are made available to the Contra cting Officer for performance and until the Contra ctor receives notice of availability, to be co nfirmed in writing by the Contracting Offic er. Delivery: 30 Days After Award Discount Terms: | | | | |
| | b2Low | | | | |
| | Delivery Location Code: VAR ICE/DRO Varick Street Processing Facilit y 201 Varick Street New York NY 10014 | | | | |
| | Accounting Info: | | | | |
| | b2Low | | | | |
| | FOB: Destination Period of Performance: 09/24/200 7 to 12/26/2010 | | | | |
| | Add Item 1001.1 as follows: | | | | |
| 1001.1 | CLIN 1001. Continued ... | 1 | EA. | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Funding for Varick Street facility through 9/30/2008 Obligated Amount: $11,297,011.89 Product/Service Code: M166 All other terms and conditions remain the same. | | | 11,297,011.89 | 11,297,011.89 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

WD 05-2375 (Rev.-5) was first posted on www.wdol.gov on 06/03/2008
************************************************************************
************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C. 20210 |
| Shirley F. Ebbesen    Division of<br>Director               Wage Determinations | Wage Determination No.: 2005-2375<br>Revision No.: 5<br>Date Of Revision: 05/29/2008 |

State: New York

Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond, Rockland, Westchester
OCCUPATION NOTE:

Janitor: The rate for the Janitor occupation applies to Putnam, Rockland, and Weschester Counties only. See Wage Determination 1977-0225 for wage rates and fringe benefits for Bronx, Kings, New York, Queens, and Richmond Counties.

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support And Clerical Occupations | |
| 01011 - Accounting Clerk I | 14.33 |
| 01012 - Accounting Clerk II | 16.28 |
| 01013 - Accounting Clerk III | 20.96 |
| 01020 - Administrative Assistant | 27.78 |
| 01040 - Court Reporter | 21.19 |
| 01051 - Data Entry Operator I | 13.95 |
| 01052 - Data Entry Operator II | 15.22 |
| 01060 - Dispatcher, Motor Vehicle | 25.16 |
| 01070 - Document Preparation Clerk | 15.15 |
| 01090 - Duplicating Machine Operator | 14.03 |
| 01111 - General Clerk I | 13.47 |
| 01112 - General Clerk II | 15.41 |
| 01113 - General Clerk III | 17.11 |
| 01120 - Housing Referral Assistant | 22.74 |
| 01141 - Messenger Courier | 11.97 |
| 01191 - Order Clerk I | 18.05 |
| 01192 - Order Clerk II | 21.67 |
| 01261 - Personnel Assistant (Employment) I | 17.11 |
| 01262 - Personnel Assistant (Employment) II | 19.63 |
| 01263 - Personnel Assistant (Employment) III | 22.12 |
| 01270 - Production Control Clerk | 22.12 |
| 01280 - Receptionist | 15.28 |
| 01290 - Rental Clerk | 17.74 |
| 01300 - Scheduler, Maintenance | 17.50 |
| 01311 - Secretary I | 17.50 |
| 01312 - Secretary II | 21.38 |
| 01313 - Secretary III | 22.74 |
| 01320 - Service Order Dispatcher | 20.00 |

| | | |
|---|---|---|
| 01410 | Supply Technician | 27.78 |
| 01420 | Survey Worker | 19.06 |
| 01531 | Travel Clerk I | 14.30 |
| 01532 | Travel Clerk II | 15.50 |
| 01533 | Travel Clerk III | 16.83 |
| 01611 | Word Processor I | 16.51 |
| 01612 | Word Processor II | 18.49 |
| 01613 | Word Processor III | 21.13 |

05000 - Automotive Service Occupations

| | | |
|---|---|---|
| 05005 | Automobile Body Repairer, Fiberglass | 26.94 |
| 05010 | Automotive Electrician | 27.14 |
| 05040 | Automotive Glass Installer | 26.01 |
| 05070 | Automotive Worker | 26.01 |
| 05110 | Mobile Equipment Servicer | 23.26 |
| 05130 | Motor Equipment Metal Mechanic | 28.87 |
| 05160 | Motor Equipment Metal Worker | 26.01 |
| 05190 | Motor Vehicle Mechanic | 28.27 |
| 05220 | Motor Vehicle Mechanic Helper | 22.05 |
| 05250 | Motor Vehicle Upholstery Worker | 24.88 |
| 05280 | Motor Vehicle Wrecker | 26.01 |
| 05310 | Painter, Automotive | 27.14 |
| 05340 | Radiator Repair Specialist | 26.01 |
| 05370 | Tire Repairer | 18.22 |
| 05400 | Transmission Repair Specialist | 28.27 |

07000 - Food Preparation And Service Occupations

| | | |
|---|---|---|
| 07010 | Baker | 19.55 |
| 07041 | Cook I | 17.97 |
| 07042 | Cook II | 19.55 |
| 07070 | Dishwasher | 14.67 |
| 07130 | Food Service Worker | 14.67 |
| 07210 | Meat Cutter | 19.55 |
| 07260 | Waiter/Waitress | 15.50 |

09000 - Furniture Maintenance And Repair Occupations

| | | |
|---|---|---|
| 09010 | Electrostatic Spray Painter | 20.13 |
| 09040 | Furniture Handler | 15.30 |
| 09080 | Furniture Refinisher | 20.13 |
| 09090 | Furniture Refinisher Helper | 16.90 |
| 09110 | Furniture Repairer, Minor | 18.51 |
| 09130 | Upholsterer | 20.13 |

11000 - General Services And Support Occupations

| | | |
|---|---|---|
| 11030 | Cleaner, Vehicles | 14.92 |
| 11060 | Elevator Operator | 14.67 |
| 11090 | Gardener | 17.97 |
| 11122 | Housekeeping Aide | 14.82 |
| 11150 | Janitor | 15.05 |
| 11210 | Laborer, Grounds Maintenance | 15.50 |
| 11240 | Maid or Houseman | 13.98 |
| 11260 | Pruner | 12.52 |
| 11270 | Tractor Operator | 17.13 |
| 11330 | Trail Maintenance Worker | 15.50 |
| 11360 | Window Cleaner | 16.25 |

12000 - Health Occupations

| | | |
|---|---|---|
| 12010 | Ambulance Driver | 18.77 |
| 12011 | Breath Alcohol Technician | 22.06 |
| 12012 | Certified Occupational Therapist Assistant | 20.71 |
| 12015 | Certified Physical Therapist Assistant | 19.52 |
| 12020 | Dental Assistant | 15.42 |
| 12025 | Dental Hygienist | 32.27 |
| 12030 | EKG Technician | 23.64 |
| 12035 | Electroneurodiagnostic Technologist | 23.64 |

```
12040 - Emergency Medical Technician                                    20.65
12071 - Licensed Practical Nurse I                                      18.36
12072 - Licensed Practical Nurse II                                     20.66
12073 - Licensed Practical Nurse III                                    22.95
12100 - Medical Assistant                                               15.22
12130 - Medical Laboratory Technician                                   20.30
12160 - Medical Record Clerk                                            17.28
12190 - Medical Record Technician                                       19.68
12195 - Medical Transcriptionist                                        17.28
12210 - Nuclear Medicine Technologist                                   32.31
12221 - Nursing Assistant I                                              9.80
12222 - Nursing Assistant II                                            13.16
12223 - Nursing Assistant III                                           14.36
12224 - Nursing Assistant IV                                            16.01
12235 - Optical Dispenser                                               21.71
12236 - Optical Technician                                              14.20
12250 - Pharmacy Technician                                             13.74
12280 - Phlebotomist                                                    14.26
12305 - Radiologic Technologist                                         27.33
12311 - Registered Nurse I                                              31.55
12312 - Registered Nurse II                                             34.68
12313 - Registered Nurse II, Specialist                                 34.68
12314 - Registered Nurse III                                            43.98
12315 - Registered Nurse III, Anesthetist                               43.98
12316 - Registered Nurse IV                                             52.78
12317 - Scheduler (Drug and Alcohol Testing)                            25.47
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                           21.91
13012 - Exhibits Specialist II                                          29.59
13013 - Exhibits Specialist III                                         33.39
13041 - Illustrator I                                                   21.91
13042 - Illustrator II                                                  26.70
13043 - Illustrator III                                                 30.13
13047 - Librarian                                                       37.25
13050 - Library Aide/Clerk                                              14.35
13054 - Library Information Technology Systems Administrator            29.89
13058 - Library Technician                                              21.91
13061 - Media Specialist I                                              19.56
13062 - Media Specialist II                                             21.78
13063 - Media Specialist III                                            24.18
13071 - Photographer I                                                  18.78
13072 - Photographer II                                                 21.93
13073 - Photographer III                                                29.89
13074 - Photographer IV                                                 34.99
13075 - Photographer V                                                  42.32
13110 - Video Teleconference Technician                                 18.78
14000 - Information Technology Occupations
14041 - Computer Operator I                                             18.75
14042 - Computer Operator II                                            21.07
14043 - Computer Operator III                                           23.60
14044 - Computer Operator IV                                            26.94
14045 - Computer Operator V                                             28.87
14071 - Computer Programmer I (1)                                       27.62
14072 - Computer Programmer II (1)                                      27.62
14073 - Computer Programmer III (1)                                     27.62
14074 - Computer Programmer IV (1)                                      27.62
14101 - Computer Systems Analyst I (1)                                  27.62
14102 - Computer Systems Analyst II (1)                                 27.62
14103 - Computer Systems Analyst III (1)                                27.62
14150 - Peripheral Equipment Operator                                   18.75
```

```
        14160 - Personal Computer Support Technician                    26.94
     15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)         35.73
        15020 - Aircrew Training Devices Instructor (Rated)             40.44
        15030 - Air Crew Training Devices Instructor (Pilot)            44.50
        15050 - Computer Based Training Specialist / Instructor         35.73
        15060 - Educational Technologist                                29.38
        15070 - Flight Instructor (Pilot)                               44.50
        15080 - Graphic Artist                                          30.38
        15090 - Technical Instructor                                    28.58
        15095 - Technical Instructor/Course Developer                   34.85
        15110 - Test Proctor                                            23.24
        15120 - Tutor                                                   23.24
     16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
        16010 - Assembler                                               10.40
        16030 - Counter Attendant                                       10.40
        16040 - Dry Cleaner                                             12.80
        16070 - Finisher, Flatwork, Machine                             10.40
        16090 - Presser, Hand                                           10.40
        16110 - Presser, Machine, Drycleaning                           10.40
        16130 - Presser, Machine, Shirts                                10.40
        16160 - Presser, Machine, Wearing Apparel, Laundry              10.40
        16190 - Sewing Machine Operator                                 13.59
        16220 - Tailor                                                  14.36
        16250 - Washer, Machine                                         11.27
     19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                       20.13
        19040 - Tool And Die Maker                                      23.35
     21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                       16.96
        21030 - Material Coordinator                                    21.70
        21040 - Material Expediter                                      21.70
        21050 - Material Handling Laborer                               16.41
        21071 - Order Filler                                            14.16
        21080 - Production Line Worker (Food Processing)                16.96
        21110 - Shipping Packer                                         15.28
        21130 - Shipping/Receiving Clerk                                15.28
        21140 - Store Worker I                                          13.48
        21150 - Stock Clerk                                             16.89
        21210 - Tools And Parts Attendant                               16.96
        21410 - Warehouse Specialist                                    16.96
     23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                             27.47
        23021 - Aircraft Mechanic I                                     26.16
        23022 - Aircraft Mechanic II                                    27.47
        23023 - Aircraft Mechanic III                                   28.84
        23040 - Aircraft Mechanic Helper                                21.12
        23050 - Aircraft, Painter                                       21.21
        23060 - Aircraft Servicer                                       23.13
        23080 - Aircraft Worker                                         24.13
        23110 - Appliance Mechanic                                      20.36
        23120 - Bicycle Repairer                                        17.13
        23125 - Cable Splicer                                           31.99
        23130 - Carpenter, Maintenance                                  28.34
        23140 - Carpet Layer                                            26.98
        23160 - Electrician, Maintenance                                37.18
        23181 - Electronics Technician Maintenance I                    23.39
        23182 - Electronics Technician Maintenance II                   29.17
        23183 - Electronics Technician Maintenance III                  31.14
        23260 - Fabric Worker                                           23.18
```

```
    23290 - Fire Alarm System Mechanic                              21.67
    23310 - Fire Extinguisher Repairer                              20.54
    23311 - Fuel Distribution System Mechanic                       25.98
    23312 - Fuel Distribution System Operator                       21.56
    23370 - General Maintenance Worker                              20.88
    23380 - Ground Support Equipment Mechanic                       26.16
    23381 - Ground Support Equipment Servicer                       23.13
    23382 - Ground Support Equipment Worker                         24.13
    23391 - Gunsmith I                                              20.54
    23392 - Gunsmith II                                             22.77
    23393 - Gunsmith III                                            24.75
    23410 - Heating, Ventilation And Air-Conditioning Mechanic      22.97
    23411 - Heating, Ventilation And Air Contditioning Mechanic (Research Facility)
23.88
    23430 - Heavy Equipment Mechanic                                24.59
    23440 - Heavy Equipment Operator                                34.38
    23460 - Instrument Mechanic                                     25.56
    23465 - Laboratory/Shelter Mechanic                             23.76
    23470 - Laborer                                                 15.95
    23510 - Locksmith                                               20.31
    23530 - Machinery Maintenance Mechanic                          23.45
    23550 - Machinist, Maintenance                                  20.81
    23580 - Maintenance Trades Helper                               16.90
    23591 - Metrology Technician I                                  25.56
    23592 - Metrology Technician II                                 26.57
    23593 - Metrology Technician III                                27.55
    23640 - Millwright                                              26.65
    23710 - Office Appliance Repairer                               22.95
    23760 - Painter, Maintenance                                    23.15
    23790 - Pipefitter, Maintenance                                 29.89
    23810 - Plumber, Maintenance                                    30.95
    23820 - Pneudraulic Systems Mechanic                            24.75
    23850 - Rigger                                                  23.02
    23870 - Scale Mechanic                                          22.77
    23890 - Sheet-Metal Worker, Maintenance                         30.55
    23910 - Small Engine Mechanic                                   19.30
    23931 - Telecommunications Mechanic I                           29.13
    23932 - Telecommunications Mechanic II                          31.02
    23950 - Telephone Lineman                                       29.12
    23960 - Welder, Combination, Maintenance                        20.93
    23965 - Well Driller                                            24.89
    23970 - Woodcraft Worker                                        23.38
    23980 - Woodworker                                              17.73
24000 - Personal Needs Occupations
    24570 - Child Care Attendant                                    13.87
    24580 - Child Care Center Clerk                                 17.30
    24610 - Chore Aide                                              12.67
    24620 - Family Readiness And Support Services Coordinator       14.25
    24630 - Homemaker                                               19.21
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                           28.06
    25040 - Sewage Plant Operator                                   27.01
    25070 - Stationary Engineer                                     28.06
    25190 - Ventilation Equipment Tender                            21.53
    25210 - Water Treatment Plant Operator                          27.01
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                           17.32
    27007 - Baggage Inspector                                       15.39
    27008 - Corrections Officer                                     27.21
    27010 - Court Security Officer                                  27.55
```

```
       27030 - Detection Dog Handler                                          19.61
       27040 - Detention Officer                                              27.21
       27070 - Firefighter                                                    27.88
       27101 - Guard I                                                        15.39
       27102 - Guard II                                                       19.61
       27131 - Police Officer I                                               29.43
       27132 - Police Officer II                                             32.67
    28000 - Recreation Occupations
       28041 - Carnival Equipment Operator                                    17.13
       28042 - Carnival Equipment Repairer                                    17.97
       28043 - Carnival Equpment Worker                                       14.67
       28210 - Gate Attendant/Gate Tender                                     13.67
       28310 - Lifeguard                                                      11.94
       28350 - Park Attendant (Aide)                                          15.29
       28510 - Recreation Aide/Health Facility Attendant                      11.17
       28515 - Recreation Specialist                                          18.95
       28630 - Sports Official                                                12.18
       28690 - Swimming Pool Operator                                         20.98
    29000 - Stevedoring/Longshoremen Occupational Services
       29010 - Blocker And Bracer                                             27.18
       29020 - Hatch Tender                                                   27.18
       29030 - Line Handler                                                   27.18
       29041 - Stevedore I                                                    23.69
       29042 - Stevedore II                                                   25.77
    30000 - Technical Occupations
       30010 - Air Traffic Control Specialist, Center (HFO) (2)               36.47
       30011 - Air Traffic Control Specialist, Station (HFO) (2)              25.15
       30012 - Air Traffic Control Specialist, Terminal (HFO) (2)             27.69
       30021 - Archeological Technician I                                     16.92
       30022 - Archeological Technician II                                    18.37
       30023 - Archeological Technician III                                   25.52
       30030 - Cartographic Technician                                        25.52
       30040 - Civil Engineering Technician                                   24.06
       30061 - Drafter/CAD Operator I                                         18.43
       30062 - Drafter/CAD Operator II                                        21.41
       30063 - Drafter/CAD Operator III                                       23.77
       30064 - Drafter/CAD Operator IV                                        27.62
       30081 - Engineering Technician I                                       17.77
       30082 - Engineering Technician II                                      19.99
       30083 - Engineering Technician III                                     24.15
       30084 - Engineering Technician IV                                      27.76
       30085 - Engineering Technician V                                       32.62
       30086 - Engineering Technician VI                                      38.07
       30090 - Environmental Technician                                       22.90
       30210 - Laboratory Technician                                          21.67
       30240 - Mathematical Technician                                        25.11
       30361 - Paralegal/Legal Assistant I                                    21.14
       30362 - Paralegal/Legal Assistant II                                   26.91
       30363 - Paralegal/Legal Assistant III                                  32.98
       30364 - Paralegal/Legal Assistant IV                                   39.71
       30390 - Photo-Optics Technician                                        25.91
       30461 - Technical Writer I                                             25.87
       30462 - Technical Writer II                                            31.65
       30463 - Technical Writer III                                           38.30
       30491 - Unexploded Ordnance (UXO) Technician I                         23.17
       30492 - Unexploded Ordnance (UXO) Technician II                        28.04
       30493 - Unexploded Ordnance (UXO) Technician III                       33.61
       30494 - Unexploded (UXO) Safety Escort                                 23.17
       30495 - Unexploded (UXO) Sweep Personnel                              23.17
       30620 - Weather Observer, Combined Upper Air Or Surface Programs (2)    23.77
```

```
      30621 - Weather Observer, Senior (2)                        26.95
  31000 - Transportation/Mobile Equipment Operation Occupations
      31020 - Bus Aide                                            16.40
      31030 - Bus Driver                                          19.89
      31043 - Driver Courier                                      16.72
      31260 - Parking and Lot Attendant                           10.97
      31290 - Shuttle Bus Driver                                  17.75
      31310 - Taxi Driver                                         15.21
      31361 - Truckdriver, Light                                  17.75
      31362 - Truckdriver, Medium                                 18.76
      31363 - Truckdriver, Heavy                                  23.10
      31364 - Truckdriver, Tractor-Trailer                        23.10
  99000 - Miscellaneous Occupations
      99030 - Cashier                                             10.95
      99050 - Desk Clerk                                          16.69
      99095 - Embalmer                                            28.51
      99251 - Laboratory Animal Caretaker I                       16.32
      99252 - Laboratory Animal Caretaker II                      17.14
      99310 - Mortician                                           30.19
      99410 - Pest Controller                                     18.75
      99510 - Photofinishing Worker                               14.14
      99710 - Recycling Laborer                                   15.57
      99711 - Recycling Specialist                                17.72
      99730 - Refuse Collector                                    14.67
      99810 - Sales Clerk                                         12.66
      99820 - School Crossing Guard                               14.67
      99830 - Survey Party Chief                                  21.32
      99831 - Surveying Aide                                      13.95
      99832 - Surveying Technician                                19.12
      99840 - Vending Machine Attendant                           15.86
      99841 - Vending Machine Repairer                            19.40
      99842 - Vending Machine Repairer Helper                     15.68
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.24 per hour or $129.60 per week or $561.60 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative,

or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006,

unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at , , http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that

determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | 08/21/2008 | FNY080013 | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

**9B. DATED (SEE ITEM 11)**

| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | HSCEOP-07-C-00019 |

| | 10B. DATED (SEE ITEM 11) |
|---|---|
| | 09/24/2007 |

| CODE   0850091940000 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $246,566.00 |
|---|---|---|
| See Schedule | | |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) <br> changes clause |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____ copies to the issuing office.

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller    b2Low

Procurement POC: Paul Previch    b2Low

The purpose of this modification is to do the following:

1. Add on to Section B of the contract the additional guard post needed on the 4th floor detention area near the elevator as quoted by Al Martina. This includes CLINs 002, 1001, 2001, 3001

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | James D. Adams |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 21 Aug 08 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 2. Provide funding through September 30, 2008. The following clause applies beyond: 52.232-19 Availability of Funds for the Next Fiscal Year:Funds are not presently available for performance under this contract beyond September 30, 2008. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond September 30,2008, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer. Delivery: 30 Days After Award Discount Terms: b2Low | | | | |
| | Delivery Location Code: VAR ICE/DRO Varick Street Processing Facility 201 Varick Street New York NY 10014 | | | | |
| | Accounting Info: b2Low | | | | |
| | FOB: Destination Period of Performance: 09/24/2007 to 12/26/2010 | | | | |
| | Add Item 3005 as follows: | | | | |
| 3005 | Additional Guard Post for 4th floor elevator near detention area. To be added to CLIN 002, 1001, 2001, and 3001 Obligated Amount: $246,566.00 Product/Service Code: M166 | 1 | EA | 246,566.00 | 246,566.00 |
| | All other terms and conditions remain the same. | | | | |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00008 | 12/01/2008 | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

6. ISSUED BY: ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

7. ADMINISTERED BY: ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
425 I Street NW, Suite 2208
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

CODE 0850091940000   FACILITY CODE

| (x) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEOP-07-C-00019 |
| | 10B. DATED (SEE ITEM 11) 09/24/2007 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____0_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller    b2Low

Procurement POC: Paul Previch    b2Low

The purpose of this modification is to update the invoicing instructions as follows:

Contractors, please use these procedures when you submit an invoice for all acquisitions emanating from ICE/OAQ.  This procedure takes effect 12/01/2008 and pertains to all invoices submitted on that date and thereafter.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | James D. Adams |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 1 Dec 2008 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

1. In accordance with Section G, Contract Administration Data, invoices shall now be submitted via one of the following three methods:

a. By mail:

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT  05495-1620

Attn: ICE-DRO-FOD-FNY

b. By facsimile (fax) at:  802-288-7658 (include a cover sheet with point of contact & # of pages)

c. By e-mail at: Invoice.Consolidation@dhs.gov

Invoices submitted by other than these three methods will be returned.  Contractor Taxpayer Identification Number (TIN) must be registered in the Central Contractor Registration (http://www.ccr.gov) prior to award and shall be notated on every invoice submitted to ICE/OAQ on or after 12/01/2008 to ensure prompt payment provisions are met. The ICE program office identified in the delivery order/contract shall also be notated on every invoice.

2. In accordance with Section I, Contract Clauses, FAR 52.212-4 (g)(1), Contract Terms and Conditions, Commercial Items, or FAR 52.232-25 (a)(3), Prompt Payment, as applicable, the information required with each invoice submission is as follows:

An invoice must include:
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, contract line item number and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;
(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment offered;
(vii) Name and address of official to whom
Continued ...

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | payment is to be sent;<br>(viii) Name, title, and phone number of person to notify in event of defective invoice; and<br>(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract. (See paragraph 1 above.)<br>(x) Electronic funds transfer (EFT) banking information.<br>(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.<br>(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer; Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer; Other Than Central Contractor Registration), or applicable agency procedures.<br>(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.<br><br>Invoices without the above information may be returned for resubmission.<br><br>3. All other terms and conditions remain the same.<br><br>Receiving Officer/COTR: Each Program Office is responsible for acceptance and receipt of goods and/or services. Upon receipt of goods/services, complete the applicable FFMS reports or DFC will not process the payment.<br><br>Period of Performance: 09/24/2007 to 12/26/2010<br>All other terms and conditions remain the same. | | | | |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1 · 15 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00009 | See Block ·16C | 192109FNY31130023 | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

6. ISSUED BY:
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite 930
Washington DC 20536

7. ADMINISTERED BY:
ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite930
Attn: Paul Previch
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

9B. DATED (SEE ITEM 11)

| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | HSCEOP-07-C-00019 |

| CODE | 0850091940000 | FACILITY CODE | | 10B. DATED (SEE ITEM 11) 09/24/2007 |
|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $9,674,232.50 |
|---|---|---|
| See Schedule | | |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) far 43.103(a), exercise option |

| E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return | 0 | copies to the issuing office. |
|---|---|---|

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller      b2Low

Procurement POC: Paul Previch      b2Low

The purpose of this modification is to update the invoicing instructions as follows:

Contractors, please use these procedures when you submit an invoice for all acquisitions emanating from ICE/OAQ.  This procedure takes effect 12/01/2008 and pertains to all invoices submitted on that date and thereafter.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|---|
| | | | James D. Adams |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _____ (Signature of person authorized to sign). | | _____ (Signature of Contracting Officer) | 9 Dec 08 |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|