NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

1. In accordance with Section G, Contract
Administration Data, invoices shall now be
submitted via one of the following three methods:

a. By mail:

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT  05495-1620

Attn: ICE-DRO-FOD-FNY

b. By facsimile (fax) at:  802-288-7658 (include
a cover sheet with point of contact & # of pages)

c. By e-mail at: Invoice.Consolidation@dhs.gov

Invoices submitted by other than these three
methods will be returned.  Contractor Taxpayer
Identification Number (TIN) must be registered in
the Central Contractor Registration
(http://www.ccr.gov) prior to award and shall be
notated on every invoice submitted to ICE/OAQ on
or after 12/01/2008 to ensure prompt payment
provisions are met. The ICE program office
identified in the delivery order/contract shall
also be notated on every invoice.

2. In accordance with Section I, Contract
Clauses, FAR 52.212-4 (g)(1), Contract Terms and
Conditions, Commercial Items, or FAR 52.232-25
(a)(3), Prompt Payment, as applicable, the
information required with each invoice submission
is as follows:

An invoice must include:
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, contract line item number
and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit
price and extended price of the items delivered;
(v) Shipping number and date of shipment,
including the bill of lading number and weight of
shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment
offered;
(vii) Name and address of official to whom
Continued ...

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | payment is to be sent; | | | | |

payment is to be sent;
(viii) Name, title, and phone number of person to notify in event of defective invoice; and
(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract. (See paragraph 1 above.)
(x) Electronic funds transfer (EFT) banking information.
(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.
(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer; Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer; Other Than Central Contractor Registration), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

Invoices without the above information may be returned for resubmission.

3. All other terms and conditions remain the same.

Receiving Officer/COTR: Each Program Office is responsible for acceptance and receipt of goods and/or services. Upon receipt of goods/services, complete the applicable FFMS reports or DFC will not process the payment.

Delivery: 30 Days After Award
Discount Terms:
            b2Low
Delivery Location Code: VRK
Department of Homeland Security
201 Varick Street
New York NY 10014

FOB: Destination
Period of Performance: 09/24/2007 to 12/26/2010

Add Item 3006 as follows:
Continued ...

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3006 | CLIN 1001 GUARD SERVICES<br>Obligated Amount: $ b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES<br><br>Accounting Info:<br><br>b2Low ------ ---<br><br>Funded: $ b4<br><br>Add Item 3007 as follows: | 5 | EA | b4 | |
| 3007 | CLIN 1002: 5 MONTHS TRANSPORTATION @ .585 PER MILE.<br>Obligated Amount: $ b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES<br><br>Accounting Info:<br><br>b2Low ------<br><br>Funded: $ b4<br><br>Add Item 3008 as follows: | 5 | MO | b4 | |
| 3008 | CLIN 1003: Volunteer Detainee Work Program<br>Obligated Amount: $ b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES<br><br>Accounting Info:<br><br>b2Low - ------ ---<br><br>Funded: $ b4<br><br>Add Item 3009 as follows: | 10000 | DA | b4 | |
| 3009 | CLIN 1004: ON CALL MEDICAL POST DETENTION SERVICES.<br><br>Obligated Amount: $ b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES<br><br>Continued ... | 5 | EA | b4 | |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Accounting Info: | | | | |
| |     b2Low          - ------ --- | | | | |
| | Funded: $   b4 | | | | |
| | All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

WD 05-2375 (Rev.-6) was first posted on www.wdol.gov on 09/16/2008
*****************************************************************************
*****************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C. 20210 |

|  |  |
| --- | --- |
| | Wage Determination No.: 2005-2375 |
| Shirley F. Ebbesen       Division of | Revision No.: 6 |
| Director       Wage Determinations | Date Of Revision: 09/11/2008 |

State: New York

Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond, Rockland, Westchester
OCCUPATION NOTE:

Janitor:  The rate for the Janitor occupation applies to Putnam, Rockland, and Weschester Counties only.  See Wage Determination 1977-0225 for wage rates and fringe benefits for Bronx, Kings, New York, Queens, and Richmond Counties.

---

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
| --- | --- |
| 01000 - Administrative Support And Clerical Occupations | |
| 01011 - Accounting Clerk I | 15.11 |
| 01012 - Accounting Clerk II | 17.76 |
| 01013 - Accounting Clerk III | 20.96 |
| 01020 - Administrative Assistant | 29.37 |
| 01040 - Court Reporter | 21.19 |
| 01051 - Data Entry Operator I | 13.95 |
| 01052 - Data Entry Operator II | 15.22 |
| 01060 - Dispatcher, Motor Vehicle | 25.16 |
| 01070 - Document Preparation Clerk | 15.15 |
| 01090 - Duplicating Machine Operator | 14.69 |
| 01111 - General Clerk I | 14.82 |
| 01112 - General Clerk II | 16.95 |
| 01113 - General Clerk III | 18.82 |
| 01120 - Housing Referral Assistant | 23.35 |
| 01141 - Messenger Courier | 11.97 |
| 01191 - Order Clerk I | 18.05 |
| 01192 - Order Clerk II | 21.67 |
| 01261 - Personnel Assistant (Employment) I | 17.89 |
| 01262 - Personnel Assistant (Employment) II | 20.03 |
| 01263 - Personnel Assistant (Employment) III | 23.27 |
| 01270 - Production Control Clerk | 23.27 |
| 01280 - Receptionist | 15.28 |
| 01290 - Rental Clerk | 17.89 |
| 01300 - Scheduler, Maintenance | 19.25 |
| 01311 - Secretary I | 19.25 |
| 01312 - Secretary II | 22.56 |
| 01313 - Secretary III | 23.35 |
| 01320 - Service Order Dispatcher | 20.00 |

| | |
|---|---|
| 01410 - Supply Technician | 29.37 |
| 01420 - Survey Worker | 20.03 |
| 01531 - Travel Clerk I | 14.74 |
| 01532 - Travel Clerk II | 15.97 |
| 01533 - Travel Clerk III | 17.34 |
| 01611 - Word Processor I | 17.16 |
| 01612 - Word Processor II | 19.09 |
| 01613 - Word Processor III | 21.45 |

05000 - Automotive Service Occupations

| | |
|---|---|
| 05005 - Automobile Body Repairer, Fiberglass | 26.94 |
| 05010 - Automotive Electrician | 27.14 |
| 05040 - Automotive Glass Installer | 26.01 |
| 05070 - Automotive Worker | 26.01 |
| 05110 - Mobile Equipment Servicer | 23.26 |
| 05130 - Motor Equipment Metal Mechanic | 28.87 |
| 05160 - Motor Equipment Metal Worker | 26.01 |
| 05190 - Motor Vehicle Mechanic | 28.27 |
| 05220 - Motor Vehicle Mechanic Helper | 22.05 |
| 05250 - Motor Vehicle Upholstery Worker | 24.88 |
| 05280 - Motor Vehicle Wrecker | 26.01 |
| 05310 - Painter, Automotive | 27.14 |
| 05340 - Radiator Repair Specialist | 26.01 |
| 05370 - Tire Repairer | 18.22 |
| 05400 - Transmission Repair Specialist | 28.27 |

07000 - Food Preparation And Service Occupations

| | |
|---|---|
| 07010 - Baker | 19.55 |
| 07041 - Cook I | 17.97 |
| 07042 - Cook II | 19.55 |
| 07070 - Dishwasher | 14.67 |
| 07130 - Food Service Worker | 14.67 |
| 07210 - Meat Cutter | 19.55 |
| 07260 - Waiter/Waitress | 15.50 |

09000 - Furniture Maintenance And Repair Occupations

| | |
|---|---|
| 09010 - Electrostatic Spray Painter | 20.13 |
| 09040 - Furniture Handler | 15.30 |
| 09080 - Furniture Refinisher | 20.13 |
| 09090 - Furniture Refinisher Helper | 16.90 |
| 09110 - Furniture Repairer, Minor | 18.51 |
| 09130 - Upholsterer | 20.13 |

11000 - General Services And Support Occupations

| | |
|---|---|
| 11030 - Cleaner, Vehicles | 14.92 |
| 11060 - Elevator Operator | 14.67 |
| 11090 - Gardener | 18.39 |
| 11122 - Housekeeping Aide | 14.82 |
| 11150 - Janitor | 15.30 |
| 11210 - Laborer, Grounds Maintenance | 15.86 |
| 11240 - Maid or Houseman | 13.98 |
| 11260 - Pruner | 13.76 |
| 11270 - Tractor Operator | 17.53 |
| 11330 - Trail Maintenance Worker | 15.86 |
| 11360 - Window Cleaner | 16.52 |

12000 - Health Occupations

| | |
|---|---|
| 12010 - Ambulance Driver | 20.65 |
| 12011 - Breath Alcohol Technician | 22.61 |
| 12012 - Certified Occupational Therapist Assistant | 21.85 |
| 12015 - Certified Physical Therapist Assistant | 21.08 |
| 12020 - Dental Assistant | 16.00 |
| 12025 - Dental Hygienist | 32.86 |
| 12030 - EKG Technician | 26.00 |
| 12035 - Electroneurodiagnostic Technologist | 26.00 |

```
      12040 - Emergency Medical Technician               22.72
      12071 - Licensed Practical Nurse I                 20.12
      12072 - Licensed Practical Nurse II                22.61
      12073 - Licensed Practical Nurse III               23.58
      12100 - Medical Assistant                          16.66
      12130 - Medical Laboratory Technician              20.30
      12160 - Medical Record Clerk                       17.28
      12190 - Medical Record Technician                  20.55
      12195 - Medical Transcriptionist                   17.28
      12210 - Nuclear Medicine Technologist              34.38
      12221 - Nursing Assistant I                        10.78
      12222 - Nursing Assistant II                       14.37
      12223 - Nursing Assistant III                      15.13
      12224 - Nursing Assistant IV                       16.01
      12235 - Optical Dispenser                          22.61
      12236 - Optical Technician                         15.32
      12250 - Pharmacy Technician                        13.74
      12280 - Phlebotomist                               14.26
      12305 - Radiologic Technologist                    28.08
      12311 - Registered Nurse I                         31.62
      12312 - Registered Nurse II                        36.82
      12313 - Registered Nurse II, Specialist            36.82
      12314 - Registered Nurse III                       44.98
      12315 - Registered Nurse III, Anesthetist          44.98
      12316 - Registered Nurse IV                        53.98
      12317 - Scheduler (Drug and Alcohol Testing)       26.17
   13000 - Information And Arts Occupations
      13011 - Exhibits Specialist I                      24.10
      13012 - Exhibits Specialist II                     31.89
      13013 - Exhibits Specialist III                    36.73
      13041 - Illustrator I                              24.10
      13042 - Illustrator II                             29.37
      13043 - Illustrator III                            33.14
      13047 - Librarian                                  37.25
      13050 - Library Aide/Clerk                         15.79
      13054 - Library Information Technology Systems Administrator  31.89
      13058 - Library Technician                         24.10
      13061 - Media Specialist I                         21.52
      13062 - Media Specialist II                        23.96
      13063 - Media Specialist III                       26.60
      13071 - Photographer I                             18.78
      13072 - Photographer II                            24.10
      13073 - Photographer III                           32.88
      13074 - Photographer IV                            38.49
      13075 - Photographer V                             46.55
      13110 - Video Teleconference Technician            20.66
   14000 - Information Technology Occupations
      14041 - Computer Operator I                        18.75
      14042 - Computer Operator II                       21.07
      14043 - Computer Operator III                      23.60
      14044 - Computer Operator IV                       26.94
      14045 - Computer Operator V                        28.87
      14071 - Computer Programmer I (1)
      14072 - Computer Programmer II (1)
      14073 - Computer Programmer III (1)
      14074 - Computer Programmer IV (1)
      14101 - Computer Systems Analyst I (1)
      14102 - Computer Systems Analyst II (1)
      14103 - Computer Systems Analyst III (1)
      14150 - Peripheral Equipment Operator             18.75
```

|  |  |
|---|---|
| 14160 – Personal Computer Support Technician | 26.94 |
| 15000 – Instructional Occupations | |
| 15010 – Aircrew Training Devices Instructor (Non-Rated) | 37.04 |
| 15020 – Aircrew Training Devices Instructor (Rated) | 43.48 |
| 15030 – Air Crew Training Devices Instructor (Pilot) | 48.95 |
| 15050 – Computer Based Training Specialist / Instructor | 37.04 |
| 15060 – Educational Technologist | 32.32 |
| 15070 – Flight Instructor (Pilot) | 48.95 |
| 15080 – Graphic Artist | 31.32 |
| 15090 – Technical Instructor | 31.44 |
| 15095 – Technical Instructor/Course Developer | 38.34 |
| 15110 – Test Proctor | 25.30 |
| 15120 – Tutor | 25.30 |
| 16000 – Laundry, Dry-Cleaning, Pressing And Related Occupations | |
| 16010 – Assembler | 10.72 |
| 16030 – Counter Attendant | 10.72 |
| 16040 – Dry Cleaner | 13.19 |
| 16070 – Finisher, Flatwork, Machine | 10.72 |
| 16090 – Presser, Hand | 10.72 |
| 16110 – Presser, Machine, Drycleaning | 10.72 |
| 16130 – Presser, Machine, Shirts | 10.72 |
| 16160 – Presser, Machine, Wearing Apparel, Laundry | 10.72 |
| 16190 – Sewing Machine Operator | 14.01 |
| 16220 – Tailor | 14.80 |
| 16250 – Washer, Machine | 11.62 |
| 19000 – Machine Tool Operation And Repair Occupations | |
| 19010 – Machine-Tool Operator (Tool Room) | 20.13 |
| 19040 – Tool And Die Maker | 23.35 |
| 21000 – Materials Handling And Packing Occupations | |
| 21020 – Forklift Operator | 16.96 |
| 21030 – Material Coordinator | 22.56 |
| 21040 – Material Expediter | 22.56 |
| 21050 – Material Handling Laborer | 16.41 |
| 21071 – Order Filler | 15.58 |
| 21080 – Production Line Worker (Food Processing) | 16.96 |
| 21110 – Shipping Packer | 15.28 |
| 21130 – Shipping/Receiving Clerk | 15.28 |
| 21140 – Store Worker I | 13.89 |
| 21150 – Stock Clerk | 17.41 |
| 21210 – Tools And Parts Attendant | 16.96 |
| 21410 – Warehouse Specialist | 16.96 |
| 23000 – Mechanics And Maintenance And Repair Occupations | |
| 23010 – Aerospace Structural Welder | 27.47 |
| 23021 – Aircraft Mechanic I | 26.16 |
| 23022 – Aircraft Mechanic II | 27.47 |
| 23023 – Aircraft Mechanic III | 28.84 |
| 23040 – Aircraft Mechanic Helper | 21.12 |
| 23050 – Aircraft, Painter | 23.33 |
| 23060 – Aircraft Servicer | 23.13 |
| 23080 – Aircraft Worker | 24.13 |
| 23110 – Appliance Mechanic | 20.36 |
| 23120 – Bicycle Repairer | 17.13 |
| 23125 – Cable Splicer | 35.19 |
| 23130 – Carpenter, Maintenance | 29.89 |
| 23140 – Carpet Layer | 26.98 |
| 23160 – Electrician, Maintenance | 37.18 |
| 23181 – Electronics Technician Maintenance I | 23.39 |
| 23182 – Electronics Technician Maintenance II | 29.17 |
| 23183 – Electronics Technician Maintenance III | 31.14 |
| 23260 – Fabric Worker | 25.50 |

| | |
|---|---|
| 23290 – Fire Alarm System Mechanic | 21.67 |
| 23310 – Fire Extinguisher Repairer | 22.43 |
| 23311 – Fuel Distribution System Mechanic | 27.29 |
| 23312 – Fuel Distribution System Operator | 22.65 |
| 23370 – General Maintenance Worker | 22.97 |
| 23380 – Ground Support Equipment Mechanic | 26.16 |
| 23381 – Ground Support Equipment Servicer | 23.13 |
| 23382 – Ground Support Equipment Worker | 24.13 |
| 23391 – Gunsmith I | 22.43 |
| 23392 – Gunsmith II | 24.87 |
| 23393 – Gunsmith III | 27.23 |
| 23410 – Heating, Ventilation And Air-Conditioning Mechanic | 22.99 |
| 23411 – Heating, Ventilation And Air Contditioning Mechanic (Research Facility) | |
| 23.91 | |
| 23430 – Heavy Equipment Mechanic | 24.59 |
| 23440 – Heavy Equipment Operator | 34.38 |
| 23460 – Instrument Mechanic | 27.62 |
| 23465 – Laboratory/Shelter Mechanic | 25.95 |
| 23470 – Laborer | 15.95 |
| 23510 – Locksmith | 20.31 |
| 23530 – Machinery Maintenance Mechanic | 23.95 |
| 23550 – Machinist, Maintenance | 20.81 |
| 23580 – Maintenance Trades Helper | 16.90 |
| 23591 – Metrology Technician I | 27.62 |
| 23592 – Metrology Technician II | 28.71 |
| 23593 – Metrology Technician III | 29.77 |
| 23640 – Millwright | 29.32 |
| 23710 – Office Appliance Repairer | 22.95 |
| 23760 – Painter, Maintenance | 25.47 |
| 23790 – Pipefitter, Maintenance | 32.88 |
| 23810 – Plumber, Maintenance | 32.93 |
| 23820 – Pneudraulic Systems Mechanic | 27.03 |
| 23850 – Rigger | 23.02 |
| 23870 – Scale Mechanic | 24.87 |
| 23890 – Sheet-Metal Worker, Maintenance | 30.55 |
| 23910 – Small Engine Mechanic | 19.30 |
| 23931 – Telecommunications Mechanic I | 30.91 |
| 23932 – Telecommunications Mechanic II | 32.20 |
| 23950 – Telephone Lineman | 32.03 |
| 23960 – Welder, Combination, Maintenance | 20.93 |
| 23965 – Well Driller | 24.89 |
| 23970 – Woodcraft Worker | 23.38 |
| 23980 – Woodworker | 17.73 |
| 24000 – Personal Needs Occupations | |
| 24570 – Child Care Attendant | 13.87 |
| 24580 – Child Care Center Clerk | 17.30 |
| 24610 – Chore Aide | 12.67 |
| 24620 – Family Readiness And Support Services Coordinator | 14.89 |
| 24630 – Homemaker | 19.21 |
| 25000 – Plant And System Operations Occupations | |
| 25010 – Boiler Tender | 28.06 |
| 25040 – Sewage Plant Operator | 27.01 |
| 25070 – Stationary Engineer | 28.06 |
| 25190 – Ventilation Equipment Tender | 21.53 |
| 25210 – Water Treatment Plant Operator | 27.01 |
| 27000 – Protective Service Occupations | |
| 27004 – Alarm Monitor | 17.94 |
| 27007 – Baggage Inspector | 16.93 |
| 27008 – Corrections Officer | 29.93 |
| 27010 – Court Security Officer | 30.31 |

| Code | Title | Rate |
|---|---|---|
| 27030 | Detection Dog Handler | 20.36 |
| 27040 | Detention Officer | 29.93 |
| 27070 | Firefighter | 28.58 |
| 27101 | Guard I | 16.93 |
| 27102 | Guard II | 20.36 |
| 27131 | Police Officer I | 32.37 |
| 27132 | Police Officer II | 35.94 |
| 28000 | Recreation Occupations | |
| 28041 | Carnival Equipment Operator | 17.13 |
| 28042 | Carnival Equipment Repairer | 17.97 |
| 28043 | Carnival Equipment Worker | 14.67 |
| 28210 | Gate Attendant/Gate Tender | 14.21 |
| 28310 | Lifeguard | 11.94 |
| 28350 | Park Attendant (Aide) | 15.90 |
| 28510 | Recreation Aide/Health Facility Attendant | 18.95 |
| 28515 | Recreation Specialist | 20.52 |
| 28630 | Sports Official | 12.66 |
| 28690 | Swimming Pool Operator | 20.98 |
| 29000 | Stevedoring/Longshoremen Occupational Services | |
| 29010 | Blocker And Bracer | 27.18 |
| 29020 | Hatch Tender | 27.18 |
| 29030 | Line Handler | 27.18 |
| 29041 | Stevedore I | 23.79 |
| 29042 | Stevedore II | 27.78 |
| 30000 | Technical Occupations | |
| 30010 | Air Traffic Control Specialist, Center (HFO) (2) | 37.92 |
| 30011 | Air Traffic Control Specialist, Station (HFO) (2) | 26.15 |
| 30012 | Air Traffic Control Specialist, Terminal (HFO) (2) | 28.79 |
| 30021 | Archeological Technician I | 17.11 |
| 30022 | Archeological Technician II | 18.37 |
| 30023 | Archeological Technician III | 25.79 |
| 30030 | Cartographic Technician | 25.79 |
| 30040 | Civil Engineering Technician | 24.06 |
| 30061 | Drafter/CAD Operator I | 18.63 |
| 30062 | Drafter/CAD Operator II | 21.41 |
| 30063 | Drafter/CAD Operator III | 23.77 |
| 30064 | Drafter/CAD Operator IV | 28.66 |
| 30081 | Engineering Technician I | 18.16 |
| 30082 | Engineering Technician II | 20.43 |
| 30083 | Engineering Technician III | 24.15 |
| 30084 | Engineering Technician IV | 28.38 |
| 30085 | Engineering Technician V | 34.62 |
| 30086 | Engineering Technician VI | 41.88 |
| 30090 | Environmental Technician | 22.90 |
| 30210 | Laboratory Technician | 21.67 |
| 30240 | Mathematical Technician | 25.79 |
| 30361 | Paralegal/Legal Assistant I | 21.79 |
| 30362 | Paralegal/Legal Assistant II | 27.02 |
| 30363 | Paralegal/Legal Assistant III | 33.12 |
| 30364 | Paralegal/Legal Assistant IV | 39.88 |
| 30390 | Photo-Optics Technician | 25.91 |
| 30461 | Technical Writer I | 27.81 |
| 30462 | Technical Writer II | 33.91 |
| 30463 | Technical Writer III | 41.04 |
| 30491 | Unexploded Ordnance (UXO) Technician I | 24.09 |
| 30492 | Unexploded Ordnance (UXO) Technician II | 29.15 |
| 30493 | Unexploded Ordnance (UXO) Technician III | 34.94 |
| 30494 | Unexploded (UXO) Safety Escort | 24.09 |
| 30495 | Unexploded (UXO) Sweep Personnel | 24.09 |
| 30620 | Weather Observer, Combined Upper Air Or Surface Programs (2) | 23.77 |

| | |
|---|---|
| 30621 - Weather Observer, Senior (2) | 26.95 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | |
| 31020 - Bus Aide | 16.40 |
| 31030 - Bus Driver | 19.89 |
| 31043 - Driver Courier | 16.72 |
| 31260 - Parking and Lot Attendant | 10.97 |
| 31290 - Shuttle Bus Driver | 17.75 |
| 31310 - Taxi Driver | 15.21 |
| 31361 - Truckdriver, Light | 17.75 |
| 31362 - Truckdriver, Medium | 18.76 |
| 31363 - Truckdriver, Heavy | 23.19 |
| 31364 - Truckdriver, Tractor-Trailer | 23.19 |
| 99000 - Miscellaneous Occupations | |
| 99030 - Cashier | 10.95 |
| 99050 - Desk Clerk | 16.69 |
| 99095 - Embalmer | 28.51 |
| 99251 - Laboratory Animal Caretaker I | 16.32 |
| 99252 - Laboratory Animal Caretaker II | 17.14 |
| 99310 - Mortician | 31.49 |
| 99410 - Pest Controller | 18.75 |
| 99510 - Photofinishing Worker | 14.37 |
| 99710 - Recycling Laborer | 16.39 |
| 99711 - Recycling Specialist | 18.67 |
| 99730 - Refuse Collector | 15.18 |
| 99810 - Sales Clerk | 13.36 |
| 99820 - School Crossing Guard | 15.07 |
| 99830 - Survey Party Chief | 22.43 |
| 99831 - Surveying Aide | 14.68 |
| 99832 - Surveying Technician | 20.12 |
| 99840 - Vending Machine Attendant | 17.45 |
| 99841 - Vending Machine Repairer | 21.34 |
| 99842 - Vending Machine Repairer Helper | 17.25 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.24 per hour or $129.60 per week or $561.60 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Under the SCA at section 8(b), this wage determination does not apply to any

employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
   (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
   (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
   (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
   (4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for

ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order

proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00010 | 12/11/2008 | | |

| 6. ISSUED BY | CODE ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE ICE/DM/DC-DC |
|---|---|---|---|
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite 930<br>Washington DC 20536 | | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite930<br>Attn: Paul Previch<br>Washington DC 20536 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | |
|---|---|---|
| AHTNA TECHNICAL SERVICES INC<br>ATTN AL MARTINA<br>1400 W BENSON BLVD SUITE 210<br>ANCHORAGE AK 995033658 | | 9A. AMENDMENT OF SOLICITATION NO.<br><br>9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEOP-07-C-00019<br><br>10B. DATED (SEE ITEM 11)<br>09/24/2007 |

| CODE   0850091940000 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(h). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>unilateral modification |

E. IMPORTANT:   Contractor   ☒ is not,   ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 085009194
Program POC: Wayne Muller    b2Low

Procurement POC: Paul Previch    b2Low

The purpose of this modification is to incorporate effective immediately the new ICE National Performance Based Detention Standards. These can be found in full form on the Internet at http://www.ice.gov/partners/dro/pbnds/index.htm

All other terms and conditions remain the same.
Period of Performance: 09/24/2007 to 12/26/2010
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Paul M. Previch |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>_____<br>(Signature of Contracting Officer)    16C. DATE SIGNED<br>12-11-08 |

| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 13 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|
| P00011 | 02/19/2009 | 192109FNY31130034 | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

<table>
<tr><td>

ICE/Detent Mngt/Detent Contracts-DC<br>
Immigration and Customs Enforcement<br>
Office of Acquisition Management<br>
801 I Street NW, Suite 930<br>
Washington DC 20536

</td><td>

ICE/Detent Mngt/Detent Contracts-DC<br>
Immigration and Customs Enforcement<br>
Office of Acquisition Management<br>
801 I Street NW, Suite930<br>
Attn: Paul Previch<br>
Washington DC 20536

</td></tr>
</table>

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| AHTNA TECHNICAL SERVICES INC ATTN AL MARTINA 1400 W BENSON BLVD SUITE 210 ANCHORAGE AK 995033658 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEOP-07-C-00019 |
| CODE  0850091940000     FACILITY CODE | | 10B. DATED (SEE ITEM 11) 09/24/2007 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $3,869,693.00 |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority) unilateral modification | |

| E. IMPORTANT:    Contractor    ☒ is not,    ☐ is required to sign this document and return _____ 0 copies to the issuing office. |
|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  085009194

Program POC: Wayne Muller        b2Low

Procurement POC: Paul Previch        b2Low

The purpose of this modification is to exercise option period two on this contract. This under FAR clause 52.217-9.
This will also add funds through April 2009.

The contractor must notify the Contracting Officer in writing within thirty (30) days aft receipt of this modification of any increase claimed under the Fair Labor Standards Act a
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | James D. Adams |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 18 Feb 09 |

NAME OF OFFEROR OR CONTRACTOR
AHTNA TECHNICAL SERVICES INC.

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Service Contract Act -- Price Adjustments (Multiple Year and Option Contracts). Any increase claimed shall be initiated by submitting a rate adjustment proposal, along with detailed supporting price documentation in accordance with the provisions of FAR 52.222-43. | | | | |
| | The attached wage determination number 2005-2375 revision number 6 dated 9/11/2008 applies. | | | | |
| | Delivery: 30 Days After Award<br>Discount Terms: | | | | |
| | b2Low<br>Delivery Location Code: VRK<br>Department of Homeland Security<br>201 Varick Street<br>New York NY 10014 | | | | |
| | FOB: Destination<br>Period of Performance: 09/24/2007 to 12/26/2010 | | | | |
| | Add Item 3010 as follows: | | | | |
| 3010 | CLIN 2001: Guard Services<br>Obligated Amount: $    b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES | 2 | EA | b4 | |
| | Accounting Info: | | | | |
| | b2Low    . ------ --- | | | | |
| | Funded: $    b4 | | | | |
| | Add Item 3011 as follows: | | | | |
| 3011 | CLIN 2002: 2 MONTHS TRANSPORTATION @ .585 PER MILE. Mileage to be billed per mile at actual mileage.<br>Obligated Amount: $    b4<br>Product/Service Code: S206<br>Product/Service Description: GUARD SERVICES | 2 | EA | b4 | |
| | Accounting Info: | | | | |
| | b2Low    ı ------ | | | | |
| | Funded: $    b4 | | | | |
| | Add Item 3012 as follows:<br>Continued ... | | | | |

NAME OF OFFEROR OR CONTRACTOR

AHTNA TECHNICAL SERVICES INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3012 | CLIN 2004: 2 MONTHS ON CALL MEDICAL POST DETENTION SERVICES | 2 | EA | | b4 |
| | Obligated Amount: $   b4 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: GUARD SERVICES | | | | |
| | | | | | |
| | Accounting Info: | | | | |
| | | | | | |
| | b2Low     -  ------  --- | | | | |
| | | | | | |
| | Funded : $   b4 | | | | |

WD 05-2375 (Rev.-6) was first posted on www.wdol.gov on 09/16/2008
**************************************************************************
**************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER<br>THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C. 20210 |
| Shirley F. Ebbesen      Division of<br>Director         Wage Determinations | Wage Determination No.: 2005-2375<br>Revision No.: 6<br>Date Of Revision: 09/11/2008 |

State: New York

Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond,
Rockland, Westchester
OCCUPATION NOTE:

Janitor:  The rate for the Janitor occupation applies to Putnam, Rockland, and
Weschester Counties only.  See Wage Determination 1977-0225 for wage rates and
fringe benefits for Bronx, Kings, New York, Queens, and Richmond Counties.

---

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          MINIMUM WAGE RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                      15.11
  01012 - Accounting Clerk II                                     17.76
  01013 - Accounting Clerk III                                    20.96
  01020 - Administrative Assistant                                29.37
  01040 - Court Reporter                                          21.19
  01051 - Data Entry Operator I                                   13.95
  01052 - Data Entry Operator II                                  15.22
  01060 - Dispatcher, Motor Vehicle                               25.16
  01070 - Document Preparation Clerk                              15.15
  01090 - Duplicating Machine Operator                            14.69
  01111 - General Clerk I                                         14.82
  01112 - General Clerk II                                        16.95
  01113 - General Clerk III                                       18.82
  01120 - Housing Referral Assistant                              23.35
  01141 - Messenger Courier                                       11.97
  01191 - Order Clerk I                                           18.05
  01192 - Order Clerk II                                          21.67
  01261 - Personnel Assistant (Employment) I                      17.89
  01262 - Personnel Assistant (Employment) II                     20.03
  01263 - Personnel Assistant (Employment) III                    23.27
  01270 - Production Control Clerk                                23.27
  01280 - Receptionist                                            15.28
  01290 - Rental Clerk                                            17.89
  01300 - Scheduler, Maintenance                                  19.25
  01311 - Secretary I                                             19.25
  01312 - Secretary II                                            22.56
  01313 - Secretary III                                           23.35
  01320 - Service Order Dispatcher                                20.00

| | | |
|---|---|---|
| 01410 - Supply Technician | | 29.37 |
| 01420 - Survey Worker | | 20.03 |
| 01531 - Travel Clerk I | | 14.74 |
| 01532 - Travel Clerk II | | 15.97 |
| 01533 - Travel Clerk III | | 17.34 |
| 01611 - Word Processor I | | 17.16 |
| 01612 - Word Processor II | | 19.09 |
| 01613 - Word Processor III | | 21.45 |

05000 - Automotive Service Occupations

| | |
|---|---|
| 05005 - Automobile Body Repairer, Fiberglass | 26.94 |
| 05010 - Automotive  Electrician | 27.14 |
| 05040 - Automotive Glass Installer | 26.01 |
| 05070 - Automotive Worker | 26.01 |
| 05110 - Mobile Equipment Servicer | 23.26 |
| 05130 - Motor Equipment Metal Mechanic | 28.87 |
| 05160 - Motor Equipment Metal Worker | 26.01 |
| 05190 - Motor Vehicle Mechanic | 28.27 |
| 05220 - Motor Vehicle Mechanic Helper | 22.05 |
| 05250 - Motor Vehicle Upholstery Worker | 24.88 |
| 05280 - Motor Vehicle Wrecker | 26.01 |
| 05310 - Painter, Automotive | 27.14 |
| 05340 - Radiator Repair Specialist | 26.01 |
| 05370 - Tire Repairer | 18.22 |
| 05400 - Transmission Repair Specialist | 28.27 |

07000 - Food Preparation And Service Occupations

| | |
|---|---|
| 07010 - Baker | 19.55 |
| 07041 - Cook I | 17.97 |
| 07042 - Cook II | 19.55 |
| 07070 - Dishwasher | 14.67 |
| 07130 - Food Service Worker | 14.67 |
| 07210 - Meat Cutter | 19.55 |
| 07260 - Waiter/Waitress | 15.50 |

09000 - Furniture Maintenance And Repair Occupations

| | |
|---|---|
| 09010 - Electrostatic Spray Painter | 20.13 |
| 09040 - Furniture Handler | 15.30 |
| 09080 - Furniture Refinisher | 20.13 |
| 09090 - Furniture Refinisher Helper | 16.90 |
| 09110 - Furniture Repairer, Minor | 18.51 |
| 09130 - Upholsterer | 20.13 |

11000 - General Services And Support Occupations

| | |
|---|---|
| 11030 - Cleaner, Vehicles | 14.92 |
| 11060 - Elevator Operator | 14.67 |
| 11090 - Gardener | 18.39 |
| 11122 - Housekeeping Aide | 14.82 |
| 11150 - Janitor | 15.30 |
| 11210 - Laborer, Grounds Maintenance | 15.86 |
| 11240 - Maid or Houseman | 13.98 |
| 11260 - Pruner | 13.76 |
| 11270 - Tractor Operator | 17.53 |
| 11330 - Trail Maintenance Worker | 15.86 |
| 11360 - Window Cleaner | 16.52 |

12000 - Health Occupations

| | |
|---|---|
| 12010 - Ambulance Driver | 20.65 |
| 12011 - Breath Alcohol Technician | 22.61 |
| 12012 - Certified Occupational Therapist Assistant | 21.85 |
| 12015 - Certified Physical Therapist Assistant | 21.08 |
| 12020 - Dental Assistant | 16.00 |
| 12025 - Dental Hygienist | 32.86 |
| 12030 - EKG Technician | 26.00 |
| 12035 - Electroneurodiagnostic Technologist | 26.00 |

```
12040 - Emergency Medical Technician                                    22.72
12071 - Licensed Practical Nurse I                                      20.12
12072 - Licensed Practical Nurse II                                     22.61
12073 - Licensed Practical Nurse III                                    23.58
12100 - Medical Assistant                                               16.66
12130 - Medical Laboratory Technician                                   20.30
12160 - Medical Record Clerk                                            17.28
12190 - Medical Record Technician                                       20.55
12195 - Medical Transcriptionist                                        17.28
12210 - Nuclear Medicine Technologist                                   34.38
12221 - Nursing Assistant I                                             10.78
12222 - Nursing Assistant II                                            14.37
12223 - Nursing Assistant III                                           15.13
12224 - Nursing Assistant IV                                            16.01
12235 - Optical Dispenser                                               22.61
12236 - Optical Technician                                              15.32
12250 - Pharmacy Technician                                             13.74
12280 - Phlebotomist                                                    14.26
12305 - Radiologic Technologist                                         28.08
12311 - Registered Nurse I                                              31.62
12312 - Registered Nurse II                                             36.82
12313 - Registered Nurse II, Specialist                                 36.82
12314 - Registered Nurse III                                            44.98
12315 - Registered Nurse III, Anesthetist                               44.98
12316 - Registered Nurse IV                                             53.98
12317 - Scheduler (Drug and Alcohol Testing)                            26.17
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                           24.10
13012 - Exhibits Specialist II                                          31.89
13013 - Exhibits Specialist III                                         36.73
13041 - Illustrator I                                                   24.10
13042 - Illustrator II                                                  29.37
13043 - Illustrator III                                                 33.14
13047 - Librarian                                                       37.25
13050 - Library Aide/Clerk                                              15.79
13054 - Library Information Technology Systems Administrator             31.89
13058 - Library Technician                                              24.10
13061 - Media Specialist I                                              21.52
13062 - Media Specialist II                                             23.96
13063 - Media Specialist III                                            26.60
13071 - Photographer I                                                  18.78
13072 - Photographer II                                                 24.10
13073 - Photographer III                                                32.88
13074 - Photographer IV                                                 38.49
13075 - Photographer V                                                  46.55
13110 - Video Teleconference Technician                                 20.66
14000 - Information Technology Occupations
14041 - Computer Operator I                                             18.75
14042 - Computer Operator II                                            21.07
14043 - Computer Operator III                                           23.60
14044 - Computer Operator IV                                            26.94
14045 - Computer Operator V                                             28.87
14071 - Computer Programmer I (1)
14072 - Computer Programmer II (1)
14073 - Computer Programmer III (1)
14074 - Computer Programmer IV (1)
14101 - Computer Systems Analyst I (1)
14102 - Computer Systems Analyst II (1)
14103 - Computer Systems Analyst III (1)
14150 - Peripheral Equipment Operator                                   18.75
```

```
       14160 - Personal Computer Support Technician            26.94
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)  37.04
       15020 - Aircrew Training Devices Instructor (Rated)      43.48
       15030 - Air Crew Training Devices Instructor (Pilot)     48.95
       15050 - Computer Based Training Specialist / Instructor  37.04
       15060 - Educational Technologist                         32.32
       15070 - Flight Instructor (Pilot)                        48.95
       15080 - Graphic Artist                                   31.32
       15090 - Technical Instructor                             31.44
       15095 - Technical Instructor/Course Developer            38.34
       15110 - Test Proctor                                     25.30
       15120 - Tutor                                            25.30
   16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
       16010 - Assembler                                        10.72
       16030 - Counter Attendant                                10.72
       16040 - Dry Cleaner                                      13.19
       16070 - Finisher, Flatwork, Machine                      10.72
       16090 - Presser, Hand                                    10.72
       16110 - Presser, Machine, Drycleaning                    10.72
       16130 - Presser, Machine, Shirts                         10.72
       16160 - Presser, Machine, Wearing Apparel, Laundry       10.72
       16190 - Sewing Machine Operator                          14.01
       16220 - Tailor                                           14.80
       16250 - Washer, Machine                                  11.62
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                20.13
       19040 - Tool And Die Maker                               23.35
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                16.96
       21030 - Material Coordinator                             22.56
       21040 - Material Expediter                               22.56
       21050 - Material Handling Laborer                        16.41
       21071 - Order Filler                                     15.58
       21080 - Production Line Worker (Food Processing)         16.96
       21110 - Shipping Packer                                  15.28
       21130 - Shipping/Receiving Clerk                         15.28
       21140 - Store Worker I                                   13.89
       21150 - Stock Clerk                                      17.41
       21210 - Tools And Parts Attendant                        16.96
       21410 - Warehouse Specialist                             16.96
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                      27.47
       23021 - Aircraft Mechanic I                              26.16
       23022 - Aircraft Mechanic II                             27.47
       23023 - Aircraft Mechanic III                            28.84
       23040 - Aircraft Mechanic Helper                         21.12
       23050 - Aircraft, Painter                                23.33
       23060 - Aircraft Servicer                                23.13
       23080 - Aircraft Worker                                  24.13
       23110 - Appliance Mechanic                               20.36
       23120 - Bicycle Repairer                                 17.13
       23125 - Cable Splicer                                    35.19
       23130 - Carpenter, Maintenance                           29.89
       23140 - Carpet Layer                                     26.98
       23160 - Electrician, Maintenance                         37.18
       23181 - Electronics Technician Maintenance I             23.39
       23182 - Electronics Technician Maintenance II            29.17
       23183 - Electronics Technician Maintenance III           31.14
       23260 - Fabric Worker                                    25.50
```

```
        23290 - Fire Alarm System Mechanic                              21.67
        23310 - Fire Extinguisher Repairer                             22.43
        23311 - Fuel Distribution System Mechanic                      27.29
        23312 - Fuel Distribution System Operator                      22.65
        23370 - General Maintenance Worker                             22.97
        23380 - Ground Support Equipment Mechanic                      26.16
        23381 - Ground Support Equipment Servicer                      23.13
        23382 - Ground Support Equipment Worker                        24.13
        23391 - Gunsmith I                                             22.43
        23392 - Gunsmith II                                            24.87
        23393 - Gunsmith III                                           27.23
        23410 - Heating, Ventilation And Air-Conditioning Mechanic     22.99
        23411 - Heating, Ventilation And Air Contditioning Mechanic (Research Facility)
23.91
        23430 - Heavy Equipment Mechanic                               24.59
        23440 - Heavy Equipment Operator                               34.38
        23460 - Instrument Mechanic                                    27.62
        23465 - Laboratory/Shelter Mechanic                            25.95
        23470 - Laborer                                                15.95
        23510 - Locksmith                                              20.31
        23530 - Machinery Maintenance Mechanic                         23.95
        23550 - Machinist, Maintenance                                 20.81
        23580 - Maintenance Trades Helper                              16.90
        23591 - Metrology Technician I                                 27.62
        23592 - Metrology Technician II                                28.71
        23593 - Metrology Technician III                               29.77
        23640 - Millwright                                             29.32
        23710 - Office Appliance Repairer                              22.95
        23760 - Painter, Maintenance                                   25.47
        23790 - Pipefitter, Maintenance                                32.88
        23810 - Plumber, Maintenance                                   32.93
        23820 - Pneudraulic Systems Mechanic                           27.03
        23850 - Rigger                                                 23.02
        23870 - Scale Mechanic                                         24.87
        23890 - Sheet-Metal Worker, Maintenance                        30.55
        23910 - Small Engine Mechanic                                  19.30
        23931 - Telecommunications Mechanic I                          30.91
        23932 - Telecommunications Mechanic II                         32.20
        23950 - Telephone Lineman                                      32.03
        23960 - Welder, Combination, Maintenance                       20.93
        23965 - Well Driller                                           24.89
        23970 - Woodcraft Worker                                       23.38
        23980 - Woodworker                                             17.73
  24000 - Personal Needs Occupations
        24570 - Child Care Attendant                                   13.87
        24580 - Child Care Center Clerk                                17.30
        24610 - Chore Aide                                             12.67
        24620 - Family Readiness And Support Services Coordinator      14.89
        24630 - Homemaker                                              19.21
  25000 - Plant And System Operations Occupations
        25010 - Boiler Tender                                          28.06
        25040 - Sewage Plant Operator                                  27.01
        25070 - Stationary Engineer                                    28.06
        25190 - Ventilation Equipment Tender                           21.53
        25210 - Water Treatment Plant Operator                         27.01
  27000 - Protective Service Occupations
        27004 - Alarm Monitor                                          17.94
        27007 - Baggage Inspector                                      16.93
        27008 - Corrections Officer                                    29.93
        27010 - Court Security Officer                                 30.31
```

```
        27030 - Detection Dog Handler                                    20.36
        27040 - Detention Officer                                        29.93
        27070 - Firefighter                                             28.58
        27101 - Guard I                                                  16.93
        27102 - Guard II                                                 20.36
        27131 - Police Officer I                                         32.37
        27132 - Police Officer II                                        35.94
    28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                              17.13
        28042 - Carnival Equipment Repairer                              17.97
        28043 - Carnival Equpment Worker                                 14.67
        28210 - Gate Attendant/Gate Tender                               14.21
        28310 - Lifeguard                                               11.94
        28350 - Park Attendant (Aide)                                    15.90
        28510 - Recreation Aide/Health Facility Attendant               18.95
        28515 - Recreation Specialist                                    20.52
        28630 - Sports Official                                          12.66
        28690 - Swimming Pool Operator                                   20.98
    29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                       27.18
        29020 - Hatch Tender                                             27.18
        29030 - Line Handler                                             27.18
        29041 - Stevedore I                                              23.79
        29042 - Stevedore II                                             27.78
    30000 - Technical Occupations
        30010 - Air Traffic Control Specialist, Center (HFO) (2)         37.92
        30011 - Air Traffic Control Specialist, Station (HFO) (2)        26.15
        30012 - Air Traffic Control Specialist, Terminal (HFO) (2)       28.79
        30021 - Archeological Technician I                               17.11
        30022 - Archeological Technician II                              18.37
        30023 - Archeological Technician III                             25.79
        30030 - Cartographic Technician                                  25.79
        30040 - Civil Engineering Technician                             24.06
        30061 - Drafter/CAD Operator I                                   18.63
        30062 - Drafter/CAD Operator II                                  21.41
        30063 - Drafter/CAD Operator III                                 23.77
        30064 - Drafter/CAD Operator IV                                  28.66
        30081 - Engineering Technician I                                 18.16
        30082 - Engineering Technician II                                20.43
        30083 - Engineering Technician III                               24.15
        30084 - Engineering Technician IV                                28.38
        30085 - Engineering Technician V                                 34.62
        30086 - Engineering Technician VI                                41.88
        30090 - Environmental Technician                                 22.90
        30210 - Laboratory Technician                                    21.67
        30240 - Mathematical Technician                                  25.79
        30361 - Paralegal/Legal Assistant I                              21.79
        30362 - Paralegal/Legal Assistant II                             27.02
        30363 - Paralegal/Legal Assistant III                            33.12
        30364 - Paralegal/Legal Assistant IV                             39.88
        30390 - Photo-Optics Technician                                  25.91
        30461 - Technical Writer I                                       27.81
        30462 - Technical Writer II                                      33.91
        30463 - Technical Writer III                                     41.04
        30491 - Unexploded Ordnance (UXO) Technician I                   24.09
        30492 - Unexploded Ordnance (UXO) Technician II                  29.15
        30493 - Unexploded Ordnance (UXO) Technician III                 34.94
        30494 - Unexploded (UXO) Safety Escort                           24.09
        30495 - Unexploded (UXO) Sweep Personnel                         24.09
        30620 - Weather Observer, Combined Upper Air Or Surface Programs (2)  23.77
```

```
      30621 - Weather Observer, Senior (2)                    26.95
  31000 - Transportation/Mobile Equipment Operation Occupations
      31020 - Bus Aide                                        16.40
      31030 - Bus Driver                                      19.89
      31043 - Driver Courier                                  16.72
      31260 - Parking and Lot Attendant                       10.97
      31290 - Shuttle Bus Driver                              17.75
      31310 - Taxi Driver                                     15.21
      31361 - Truckdriver, Light                              17.75
      31362 - Truckdriver, Medium                             18.76
      31363 - Truckdriver, Heavy                              23.19
      31364 - Truckdriver, Tractor-Trailer                    23.19
  99000 - Miscellaneous Occupations
      99030 - Cashier                                         10.95
      99050 - Desk Clerk                                      16.69
      99095 - Embalmer                                        28.51
      99251 - Laboratory Animal Caretaker I                   16.32
      99252 - Laboratory Animal Caretaker II                  17.14
      99310 - Mortician                                       31.49
      99410 - Pest Controller                                 18.75
      99510 - Photofinishing Worker                           14.37
      99710 - Recycling Laborer                               16.39
      99711 - Recycling Specialist                            18.67
      99730 - Refuse Collector                                15.18
      99810 - Sales Clerk                                     13.36
      99820 - School Crossing Guard                           15.07
      99830 - Survey Party Chief                              22.43
      99831 - Surveying Aide                                  14.68
      99832 - Surveying Technician                            20.12
      99840 - Vending Machine Attendant                       17.45
      99841 - Vending Machine Repairer                        21.34
      99842 - Vending Machine Repairer Helper                 17.25
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.24 per hour or $129.60 per week or $561.60 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20
years. Length of service includes the whole span of continuous service with the
present contractor or successor, wherever employed, and with the predecessor
contractors in the performance of similar work at the same Federal facility. (Reg.
29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther
King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor
Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as
numbered):

1) Under the SCA at section 8(b), this wage determination does not apply to any

employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for

ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms. In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition, April 2006,
unless otherwise indicated. Copies of the Directory are available on the Internet. A
links to the Directory may be found on the WHD home page at
http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web
site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination. Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined. Such conforming process shall be initiated by
the contractor prior to the performance of contract work by such unlisted class(es)
of employees. The conformed classification, wage rate, and/or fringe benefits shall
be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a separate SF 1444
should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order

proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00012 | 3. EFFECTIVE DATE 02/23/2009 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE ICE/DM/DC-DC |
|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite 930
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite930
Attn: Paul Previch
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

AHTNA TECHNICAL SERVICES INC
ATTN AL MARTINA
1400 W BENSON BLVD SUITE 210
ANCHORAGE AK 995033658

9B. DATED (SEE ITEM 11)

X  10A. MODIFICATION OF CONTRACT/ORDER NO.
HSCEOP-07-C-00019

| CODE 0850091940000 | FACILITY CODE | 10B. DATED (SEE ITEM 11) 09/24/2007 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|

See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | unilateral modification |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____0_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 085009194
Program POC: Wayne Muller       b2Low

Procurement POC: Paul Previch       b2Low

The purpose of this modification is to note that modification number 10 was canceled adminsitratively and not sent to the vendor.
Period of Performance: 09/24/2007 to 12/26/2010

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Paul W. Previch |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED 2-23-09 |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|